| HIRING CLUB | DATE OF APP | STATUS | DANCE # | DANCE NAME | DATE OF HIRE | LEGAL FIRST | MIDDLE | LEGAL LAST | DOB |
|---|---|---|---|---|---|---|---|---|---|
| CF | CF-8/24/13 | CF-ACTIVE | CF-16416 | CF-ROYCE | CF-8/24/13 | CHANEL | ELLESE MEKEAL A | NICHOLSON | 9/1/94 |

| DATE OF SEARCH | 9/6/2013 | |
|---|---|---|
| **HARRIS COUNTY CRIMINAL RECORDS SEARCH** | | |
| VARTIONS SEARCHED | | |
| FIRST AND LAST NAME | ✔ | 1 |
| FIRST INTIAL AND LAST NAME | ✔ | 1 |
| MIDDLE NAME AND LAST NAME | ✔ | 1 |
| MIDDLE INTIAL AND LAST NAME | ✔ | 1 |
| OTHER: | | |
| | | |
| **SEARCH RESULTS** | | |
| **NO RECORDS FOUND** | ✔ | 1 |
| **SEE EXPLAINATION OR ATTACHED:** | | |
| | | |
| AUTHORIZATION REP: | CRYSTAL "BROOKE" COWART | SIGNATURE: *Cnc* |

Exhibit A

**NICHOLSON_AHD_000001**

Royce

# 16416





NICHOLSON_AHD_000002

Dance #: 16416

Dance Name: Royce

# CENTERFOLDS

# DANCER PACKET





NICHOLSON_AHD_000004

**CENTERFOLDS
DANCER PACKET**

DANCE #: _L64 l6_

DANCE NAME: _Royce_

## MANAGER'S CHECKLIST

1.) Did you verify all the information and make sure **ALL** the questions are answered?

☑ Yes      ☐ No

2.) Did you offer the opportunity to the applicant to ask any questions regarding their work tasks and company policy?

☑ Yes      ☐ No

3.) Did you check all the sheets along with the application to make sure each individual sheet was read, signed and initialed?

☑ Yes      ☐ No

4.) Did you check the individual's ID to verify legal age?

☑ Yes      ☐ No

5.) If the applicant is not a U.S. citizen, did you check to see is the person is authorized to work through the Immigration Naturalization Service?

☑ Yes      ☐ No

6.) Did you receive a copy of the following items: Social Security card, government issued ID card, employment authorization (Green Card), photograph of the applicant (this photo must be a full face photo taken without glasses or hats), and a printout of the applicant's criminal history background?

☐ Yes      ☐ No

**If the answer to any of these questions is 'No', please explain your reason:**

_____

_____

_____

_____

NICHOLSON_AHD_000005

**Manager's Name:** _Chris maluce_

**Managers Signature:** _____

**Date:** _6/27/13_

**Legal Name of Applicant:** _Chanel Ellese Mekella Nicholson_
(Please Print)

220767.1/4500.00000

**NICHOLSON_AHD_000006**

# CENTERFOLDS
## A.H.D. HOUSTON, INC.

### Dancer Information Sheet
THIS IS NOT AN EMPLOYMENT FORM.

EXAMPLE | A B C 1 2 3 | PLEASE PRINT NEATLY AND IN ALL CAPITAL LETTERS

TODAY'S DATE | 08 / 24 / 13

DANCER NAME | Boyce

DANCER#

LEGAL FIRST NAME | Chanel

LEGAL LAST NAME | Nicholson

ADDRESS | 11902 princess Garden way

APARTMENT#

CITY | Houston

STATE | TX | ZIP | 77047

SOCIAL SECURITY# | ▮▮▮

DRIVERS LICENSE# | STATE | TX

DATE OF BIRTH | 09 / 01 / 94 | AGE | 18

EMAIL ADDRESS | Chanelllleje@gmail.com

TELEPHONE CELL# | 832 - 691 - 7664

TELEPHONE HOME# | 281 - 818 - 3461

IN CASE OF EMERGENCY, CONTACT: | Kiwan Barnes | RELATIONSHIP | Spouse

EMERGENCY PHONE# | ▮▮▮

EXPERIENCE:

---

I HAVE NEVER BEEN CONVICTED OF THE POSSESSION OF AN ILLEGAL DRUG.
I HAVE NEVER COMMITTED OR BEEN CONVICTED OF THE ACT OF PROSTITUTION.
I HAVE NEVER BEEN CONVICTED OF PUBLIC LEWDNESS.

A background check may be conducted on persons employed or contracted by A.H.D. Houston, Inc.

SIGNATURE X: | DATE 08 / 24 / 13

IF YOU HAVE BEEN ARRESTED FOR ANY OF THE ABOVE MENTIONED OFFENSES OR FOR ANY FELONY, PLEASE EXPLAIN:

NATURE OF OFFENSE: | DATE / /

NATURE OF ARREST:

ALL ABOVE INFORMATION IS TRUE AND CORRECT.

SIGNATURE X: | DATE 08 / 24 / 13

NOTE: YOUR SIGNATURE ON THIS FORM DOES NOT ENGAGE ANY TYPE OR FORM OF EMPLOYMENT.

(PLEASE DO NOT WRITE BELOW THIS LINE.)

INTERVIEWED BY: | CONTRACTED | PENDING

SHIFT: | AM MID PM DL: _____ | PHOTO: _____ | ORIENTATION: _____

NICHOLSON_AHD_000007

| Form **W-9**<br>(Rev. January 2011)<br>Department of the Treasury<br>Internal Revenue Service | **Request for Taxpayer**<br>**Identification Number and Certification** | Give Form to the<br>requester. Do not<br>send to the IRS. |
|---|---|---|

Name (as shown on your income tax return)

FIRST : Chanel : LAST : Nicholson :

Business name/disregarded entity name, if different from above

ALIAS : Royce : DANCER # : :

Check appropriate box for federal tax classification (required): [✓] Individual/sole proprietor   [ ] C Corporation   [ ] S Corporation   [ ] Partnership   [ ] Trust/estate

[ ] Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=partnership) ▶ ----------------------------

[ ] Other (see instructions) ▶

[ ] Exempt payee

Address (number, street, and apt. or suite no.)

11902 Princess Garden Way

City, state, and ZIP code

Houston Tx

Requester's name and address (optional)

A.H.D. Houston, Inc. d/b/a Centerfolds
P.O. Box 570427
Houston, Texas 77257

List account number(s) here (optional)

### Part I    Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on the "Name" line to avoid backup withholding. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN* on page 3.

**Note.** If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.

Social security number

Employer identification number

### Part II    Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and

3. I am a U.S. citizen or other U.S. person (defined below).

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions on page 4.

| Sign Here | Signature of U.S. person ▶ | | Date ▶ 08-23-13 |
|---|---|---|---|

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

## Purpose of Form

A person who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the withholding tax on foreign partners' share of effectively connected income.

**Note.** If a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

**Definition of a U.S. person.** For federal tax purposes, you are considered a U.S. person if you are:

• An individual who is a U.S. citizen or U.S. resident alien,

• A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States,

• An estate (other than a foreign estate), or

• A domestic trust (as defined in Regulations section 301.7701-7).

**Special rules for partnerships.** Partnerships that conduct a trade or business in the United States are generally required to pay a withholding tax on any foreign partners' share of income from such business. Further, in certain cases where a Form W-9 has not been received, a partnership is required to presume that a partner is a foreign person, and pay the withholding tax. Therefore, if you are a U.S. person that is a partner in a partnership conducting a trade or business in the United States, provide Form W-9 to the partnership to establish your U.S. status and avoid withholding on your share of partnership income.

Cat. No. 10231X    Form **W-9** (Rev. 1-2011)

NICHOLSON_AHD_000008

## A.H.D. HOUSTON, INC. D/B/A CENTERFOLDS– DANCER
## LICENSE AND ACCESS AGREEMENT

1.     A.H.D. Houston, Inc. d/b/a Centerfolds ("Centerfolds") grants access to the Dancer whose name is set forth below (the "Dancer") to perform entertainment services at Centerfolds, subject to the *Policies Regarding Dancer Conduct* which is attached and incorporated as if fully set forth in this Agreement.  In consideration for Centerfolds allowing the Dancer to perform entertainment services at Centerfolds, the Dancer enters into this License and Access Agreement (the "Agreement").

2.     The Dancer shall determine the method, details, and means of performing the services. The Dancer shall also determine her schedule in performing the services, including but not limited to, her ability to leave the premises at any time without penalty.  The Dancer retains the right to work at other locations, including Centerfolds's competitors.  The Dancer acknowledges that she will receive no compensation from Centerfolds, that her compensation shall be comprised solely of monies received from customers, and that the Dancer assumes both the full risk of loss and reward of profit as a result of services she performs.  It is further acknowledged that all equipment and materials required to perform the work shall be provided by the Dancer at her own expense.

3.     It is the express intention of the parties that the Dancer is, and shall remain during the term of this agreement, a licensee granted access to Centerfolds and not be deemed an agent, servant, independent contractor, or employee of Centerfolds for any purpose.   Nothing in this Agreement shall be interpreted or construed as creating or establishing the relationship of employer and employee between the Dancer and Centerfolds.   The parties acknowledge that the Dancer is not an agent, servant, independent contractor, or employee of Centerfolds for purposes of taxation under state law (including, but not limited to, the Texas Alcoholic Beverage Code) and federal law (including, but not limited to, the Fair Labor Standards Act) or any other purpose.

4.     Centerfolds and the Dancer shall have the right to terminate this Agreement at any time and for any reason.  No party shall have liability for any damages resulting from either party's exercise of its right to terminate this Agreement.

5.     This Agreement, and the incorporated *Policies Regarding Dancer Conduct*, represent the entire agreement of the parties as to the matters contained in this Agreement.  Any amendment of this Agreement shall be effective only if it is in writing and signed by the parties.

6.     This Agreement shall not be assigned by the Dancer.  Any attempted assignment of this Agreement by the Dancer shall be null and void and shall result in the immediate termination of this Agreement.

7.     In the event any action is commenced to enforce or interpret the terms or conditions of this Agreement, Centerfolds shall, in addition to any costs or other relief, be entitled to recover its reasonable attorneys' fees.

Page | 1

Initials

NICHOLSON_AHD_000009

**8.   THE DANCER SHALL INDEMNIFY, HOLD HARMLESS AND PAY FOR CENTERFOLDS'S DEFENSE FROM AND AGAINST ANY AND ALL CLAIMS, LOSSES OR LIABILITY, INCLUDING ATTORNEYS' FEES, ARISING FROM OR RELATING TO THE DANCER'S RELATIONSHIP WITH CENTERFOLDS, INCLUDING LIABILITY ARISING FROM CENTERFOLDS'S OWN NEGLIGENCE.**

**9.   THIS DANCER LICENSE AND ACCESS AGREEMENT CONTAINS A BINDING ARBITRATION PROVISION AND CLASS ACTION WAIVER WHICH AFFECTS YOUR LEGAL RIGHTS.  THESE CONDITIONS ARE CONDITIONS TO THE AGREEMENT, WHICH WILL NOT BE REACHED ABSENT YOUR CONSENT AND AGREEMENT TO BOTH PROVISIONS.**

10.   The parties, A.H.D. Houston, Inc. d/b/a Centerfolds and the Dancer whose name is set forth below, agree and covenant that any and all disputes, claims or controversies arising out of or relating to this Agreement and any matter related to alleged employment, independent contractor status, terms or conditions of service or employment, or compliance with the Fair Labor Standards Act (the "FLSA") shall be submitted to the American Arbitration Association (the "AAA"), or its successor, for mediation, and if the matter is not resolved through mediation, then it shall be submitted to the AAA, or its successor, for final and binding arbitration pursuant to the arbitration clause set forth above.  Either party may commence mediation by providing to the AAA and the other party a written request for mediation, setting forth the subject of the dispute and the relief requested.  The parties will cooperate with the AAA and with one another in selecting a mediator from the AAA panel of neutrals, and in scheduling the mediation proceedings.  The parties covenant that they will participate in the mediation in good faith.  All offers, promises, conduct and statements, whether oral or written, made in the course of the mediation by any of the parties, their agents, employees, experts and attorneys, and by the mediator or any AAA employees, are confidential, privileged and inadmissible for any purpose, including impeachment, in any arbitration or other proceeding involving the parties, provided that evidence that is otherwise admissible or discoverable shall not be rendered inadmissible or non-discoverable as a result of its use in the mediation.  Either party may initiate arbitration with respect to the matters submitted to mediation by filing a written demand for arbitration at any time following the initial mediation session or 45 days after the date of filing the written request for mediation, whichever occurs first.  The mediation may continue after the commencement of arbitration if the parties so desire.  Unless otherwise agreed by the parties, the mediator shall be disqualified from serving as the arbitrator in the case.  The provisions of this clause may be enforced by any court of competent jurisdiction.  The arbitration will be conducted in the City of Houston, Texas, in accordance with the Federal Arbitration Act (the "FAA").  There shall be one arbitrator, named in accordance with the AAA, and the arbitrator shall decide the dispute in accordance with the substantive law of the State of Texas.

Page | 2

Initials

**NICHOLSON_AHD_000010**

11.     Arbitration shall proceed solely on an individual basis without the right for any claims to be arbitrated on a collective or class action basis or on bases involving claims brought in a purported representative capacity on behalf of others. The arbitrator's authority to resolve and make written awards is limited to claims between you and A.H.D. Houston, Inc. d/b/a Centerfolds alone. Claims may not be joined or consolidated unless agreed to in writing by all parties. No arbitration award or decision will have any preclusive effect as to issues or claims in any dispute with anyone who is not a named party to the arbitration. **THE DANCER WHOSE NAME APPEARS BELOW KNOWINGLY AND AFFIRMATIVELY WAIVES ANY RIGHT TO PARTICIPATE IN ANY COLLECTIVE ACTION OR CLASS ACTION COMMENCED OR TO BE COMMENCED IN ANY COURT OF LAW CONCERNING ANY CLAIMS RELATED TO THIS AGREEMENT, TO HER RELATIONSHIP TO CENTERFOLDS AS A LICENSEEE, OR OTHERWISE AS TO HER LEGAL RELATIONSHIP WITH CENTERFOLDS.**

SIGNED: _____ Chanel Nicholson _____

_____         _____
Dancer Signature                A.H.D. Houston, Inc. d/b/a Centerfolds
                                by its Manager


_Chanel Nicholson_              _____
Printed Name of Dancer          Printed Name of Manager


Page | 3

Initials

**NICHOLSON_AHD_000011**

## A.H.D. HOUSTON, INC. D/B/A CENTERFOLDS

### *Policies Regarding Dancer Conduct*

### A. Introduction

These *Policies Regarding Dancer Conduct* are part of the Dancer License and Access Agreement and are binding upon the parties to that Agreement, including A.H.D. Houston, Inc. d/b/a Centerfolds ("Centerfolds") and the Dancer whose name is set forth below. This document sets forth Centerfolds's policies regarding the conduct of Dancers. Strict compliance with these policies is a requirement of your access and licensee status with Centerfolds and any violation of these policies may result in immediate termination of your license to perform entertainment services at Centerfolds.

Centerfolds does not operate as a sexually oriented enterprise as that term is defined in the City of Houston's Sexually Oriented Enterprise Ordinance. Therefore there are certain rules by which all dancers must comply. Any violation of the rules by a dancer will result in immediate termination of your license to perform entertainment services at Centerfolds.

Centerfolds has a zero tolerance policy regarding violation of the laws of the State of Texas and City Ordinances, including, but not limited to, prostitution and the delivery, possession, manufacture or use of drugs or controlled substances. Any violation of the laws of the State of Texas or City Ordinances will result in immediate termination of your license to perform entertainment services at Centerfolds.

Centerfolds does not and will not maintain a place to which persons habitually go for any of the following twenty-two (22) purposes. Furthermore, neither Centerfolds, its owners nor its management will knowingly tolerate any of this type of activity, and the employees, managers, and all others associated with Centerfolds have been instructed to make reasonable steps to abate any of this type of activity. If an employee, dancer, or others are believed to be engaging in any of these twenty-two activities, they will be subject to immediate suspension or termination:

    (1)    discharge of a firearm in a public place as prohibited by the Penal Code;
    (2)    reckless discharge of a firearm as prohibited by the Penal Code;
    (3)    engaging in organized criminal activity as a member of a combination as prohibited by the Penal Code;
    (4)    delivery, possession, manufacture, or use of a controlled substance in violation of Chapter 481, Health and Safety Code;
    (5)    gambling, gambling promotion, or communicating gambling information as prohibited by the Penal Code;
    (6)    prostitution, promotion of prostitution, or aggravated promotion of prostitution as prohibited by the Penal Code;
    (7)    compelling prostitution as prohibited by the Penal Code;

Page | 4

Initials

**NICHOLSON_AHD_000012**

(8) commercial manufacture, commercial distribution, or commercial exhibition of obscene material as prohibited by the Penal Code;

(9) aggravated assault as described by Section 22.02, Penal Code;

(10) sexual assault as described by Section 22.011, Penal Code;

(11) aggravated sexual assault as described by Section 22.021, Penal Code;

(12) robbery as described by Section 29.02, Penal Code;

(13) aggravated robbery as described by Section 29.03, Penal Code;

(14) unlawfully carrying a weapon as described by Section 46.02, Penal Code;

(15) murder as described by Section 19.02, Penal Code;

(16) capital murder as described by Section 19.03, Penal Code;

(17) continuous sexual abuse of young child or children as described by Section 21.02, Penal Code;

(18) massage therapy or other massage services in violation of Chapter 455, Occupations Code;

(19) employing a minor at a sexually oriented business as defined by Section 243.002, Local Government Code;

(20) trafficking of persons as described by Section 20A.02, Penal Code;

(21) sexual conduct or performance by a child as described by Section 43.25, Penal Code; or

(22) employment harmful to a child as described by Section 43.251, Penal Code.

## B. General Policies

1.    All Dancers must be at least 18 years old.

2.    All Dancers are subject to criminal background checks. Any conviction for a drug or prostitution related offense is a basis for immediate termination of your license to perform entertainment services at Centerfolds. A criminal background check will be conducted on all persons given access to Centerfolds to perform entertainment services pursuant to the License and Access Agreement. Centerfolds will abide by all applicable laws, rules and regulations including, but not limited to, any equal opportunity laws, rules, regulations or ordinances.

3.    Any questions regarding policies, procedures, or information regarding the club's operations should be directed to management.

4.    Do not engage in conversations regarding exchanging sex for a fee. Offering to engage in sex for a fee is prostitution under the Texas Penal Code.

5.    Smoking is only permitted in designated outdoor smoking areas. Absolutely no smoking is permitted inside the club.

6.    Horseplay is not permitted on the premises.

Page | 5

Initials

NICHOLSON_AHD_000013

7.    Personal phone calls are not allowed while any Dancer is on duty and in the presence of customers. The use of company telephones for personal calls, other than in case of emergency, is prohibited.

8.    Centerfolds is not responsible for personal property anywhere on the premises, including the parking lot.

9.    Personal business should not be conducted while on the premises.

10.    Under-age (persons under 21 years old) alcohol consumption is strictly prohibited and will result in immediate termination.

11.    It is against company policy for Dancers to date other Dancers or employees.

12.    Significant others (boyfriends, husbands, girlfriends, or wives) of Dancers are not permitted to enter the club while a dancer is on duty.

13.    Harassment of any type is strictly prohibited and is in violation of company policy, including, but not limited to, harassment based on disability, marital status, national origin, age, race, religion, sex, or sexual preference. Any incidents of harassment should be reported to club management immediately. If a club manager is the individual harassing you or if a club manager is not responsive to your complaint, then you should report the harassment and non-responsiveness to another manager.

14.    Direct all customer complaints to a manager on duty.

15.    No cameras, weapons, outside food and drink, or illegal substances are permitted on the premises. Dancers will not be admitted to the premises if they have been drinking. Dancers' purses, gym bags, or any other bags or containers may be thoroughly searched and inspected upon entry of the premises and during the shift.

16.    All lockers and personal belongings are subject to search by management at any time.

17.    All Dancers are directed to be polite and use good manners and common courtesy to each other and to customers at all times.

18.    All Dancers must sign in at the door upon arrival at the club.

19.    Dancers are prohibited from sitting or standing on stage for any period of time.

20.    Do not eat, drink, chew gum, or smoke while on stage or while doing a table dance.

21.    Anyone causing any type of disturbance or causing a scene will be ejected from the premises.

Page | 6

Initials

NICHOLSON_AHD_000014

22.    Only management, kitchen personnel, and wait staff are permitted entry to the kitchen area.

23.    You will be held financially responsible for any damage you cause to club property, including, but not limited to, mirrors, walls, doors, lockers, glassware, chairs and tables.

24.    Do not borrow money or clothes from any employee, dancer, or customer.

25.    Do not bring alcoholic beverages into the club or leave the club with an alcoholic beverage.

26.    Do not possess, discuss, consume, or deal illegal drugs on the premises.    Any prescription medication must be in the proper, labeled bottle.  Centerfolds has a zero tolerance policy with respect to the possession, use, consumption or sale of illegal narcotics and any violation of this policy will result in the immediate termination of your license to perform entertainment services at Centerfolds.  Further, you may not offer, sell, give, loan, or dispense to any person any prescription medication you may have.

27.    Have proper, valid or acceptable identification with you while on the premises.

28.    Inform management immediately if you have a problem with a customer; you see any customer, dancer, or employee in possession of a weapon of any kind; any employee, dancer, or customer tries to sell or ask you for illicit drugs; a customer is soliciting prostitution; you have a problem with an dancer, employee, or customer; any dancer, employee, or customer is rude or offensive to you or anyone else on the premises; or if you see a customer in possession of a camera.

29.    There is no mandatory tip sharing arrangement among management, dancers, and employees.

30.    The club is not a collection agency for the dancers.  All income claimed from disputed credit card tabs and checks will be paid by the dancer to the club until such time as the dispute has been resolved.  The club is not responsible for taking any further action.

31.    Managers are responsible to assure compliance with all applicable city ordinances and state laws, including but not limited to the Texas Alcoholic Beverage Code.

32.    Dancers are prohibited from soliciting drinks from customers.

33.    Dancers may not serve alcoholic beverages.

34.    Fighting is prohibited (zero tolerance policy).

Page | 7

Initials

NICHOLSON_AHD_000015

## C. Specific Rules Regarding the Conduct of Dancers

Dancers must have the following anatomical areas covered at all times that they are in the public areas of the premises (i.e., areas other than the dressing room), either by opaque (non-transparent) latex, or by clothing:

a.      their genitals, pubic region and pubic hair; and

b.      their buttocks – a G-string or Brazilian bikini shall not be worn; however a regular bikini bottom may be worn; and

c.      their breasts or any portion thereof that is situated below a point immediately above the top of the areola.

No dancer will engage in any of the following sexual activities while on Centerfolds's premises:

a.      acts of masturbation, sexual intercourse or sodomy;

b.      fondling or other erotic touching of genitals, pubic region or pubic hair, buttock or female breast or breasts;

c.      any combination of the foregoing.

Any dancer who violates this policy will be subject to immediate termination of their license to perform entertainment services at Centerfolds. Any manager who knowingly allows any dancer to violate these policies will be subject to termination. The potential criminal penalty for engaging in the prohibited conduct mentioned above or for failing to properly cover the aforementioned anatomical areas is up to a $4,000.00 fine and up to one year in jail, or both.

## D. Drug & Criminal Activity Policies

Centerfolds has a zero tolerance policy regarding the use or possession of illegal drugs on its premises. By signing the certification page regarding these policies, all dancers consent to the inspection of their lockers, purses, and any baggage at any time by management of Centerfolds. Any dancer or other employee suspected of using or possessing illegal drugs will be immediately terminated and may be reported to the police. All dancers consent to having their purses and other baggage searched by a representative of management upon arrival at the club and prior to entering the main area of the club from the lobby or at any other time.

The following acts are specifically prohibited by Centerfolds and any entertainment convicted of engaging in any of these acts is subject to immediate termination of your license to perform entertainment services at Centerfolds.

a.      Prostitution. A person commits an offense of prostitution if she knowingly offers to

Page | 8

Initials

engage, agrees to engage, or engages in sexual conduct for a fee. Prostitution is a Class B misdemeanor which can result in a fine of up to $2,000.00 and up to 180 days in jail, or both. There is no requirement that sex actually take place, merely agreeing to have sex for a fee, whether you intend for the sex to actually take place, is a crime. **Agreeing to have sex for a fee even though you do not intend to do so is a violation of the law.**

b.      Promotion of prostitution.   A person commits an offense if, acting other than as a prostitute receiving compensation for personally rendered prostitution services, she knowingly (1) receives money or other property pursuant to an agreement to participate in the proceeds of prostitution; or (2) solicits another to engage in sexual conduct with another person for compensation. Promotion of prostitution is a Class A misdemeanor which can result in a fine of up to $4,000.00 and up to one year in jail, or both.

c.      Aggravated promotion of prostitution.   A person commits an offense if she knowingly owns, invests in, finances, controls, supervises, or manages a prostitution enterprise that uses two or more prostitutes.  Aggravated promotion of prostitution is a 3rd degree felony which can result in a $10,000.00 fine and two to ten years in prison, or both.

d.      Public lewdness.   A person commits an offense if she knowingly engages in any of the following acts in a public place, or, if not in a public place, she is reckless about whether another is present who will be offended or alarmed by her: (1) act of sexual intercourse; (2) act of deviate sexual intercourse, including oral or anal sex; or (3) act of sexual contact. Public lewdness is a Class A misdemeanor which can result in a fine or up to $4,000.00 and up to one year in jail, or both.

e.      Indecent exposure.   A person commits an offense if she exposes her anus or any part of her genitals with intent to arouse or gratify the sexual desire of any person, and she is reckless about whether another is present who will be offended or alarmed by her act.  Indecent exposure is a Class A misdemeanor which can result in a fine of up to $4,000.00 and up to one year in jail, or both.   A second conviction for indecent exposure can also result in being subject to the sex offender registration program for ten years.  Exposure is also a liquor code violation punishable by a fine of up to $1,000.00 and one year in jail, or both.

f.      Trafficking of persons.   A person commits a felony if the person knowingly traffics another person with the intent that the trafficked person engage in: (1) forced labor or services; or (2) prostitution, the promotion of prostitution, the aggravated promotion of prostitution, or compelling prostitution.  If you feel you are the victim of trafficking or human trafficking you are encouraged to call the Polaris Project Hotline at 1-888-373-7888.

Any dancer who violates these policies will be subject to immediate termination of their license to perform entertainment services at Centerfolds.  Any manager who knowingly allows any dancer to violate these policies will be subject to suspension or termination.  Additionally, any dancer or employee who is suspected of any illegal activity, whether or not listed in these policies, is subject to termination.

Page | 9

Initials

**NICHOLSON_AHD_000017**

It is further the policy of Centerfolds that no dancer may leave the premises after beginning her shift and then return to the club to continue working. This policy is designed to prevent prostitution from occurring and to prevent dancers from bringing illegal drugs onto the premises.

### E. Certification and Signature

I hereby certify that I have read, understand, and agree to comply with Centerfolds's Policies Regarding Dancer Conduct and that I consent to being searched by management at any time that I am on the club's premises.

Signature: _____

Printed Name: _Chanel Nicholson_____

Date: _6/27/13_____

Manager's Signature: _____

Initials

NICHOLSON_AHD_000018