EXHIBIT B

| Date of Search: | 10/13/2015 | Dance #-Name: | 6469-Royce | | |
|---|---|---|---|---|---|
| **HARRIS COUNTY CRIMINAL RECORDS SEARCH** | | | | | |
| **First Name** | Chanel | | | X | OK! |
| **Middle Name** | Ellese  Mekeala | | | | SUSPENDED PENDING ADMIN REVIEW |
| **Last Name** | Nicholson | | | | BARRED ALL CLUBS |
| **Date of Birth** | 9/1/1994 | | | | |

| VARTIONS SEARCHED | |
|---|---|
| FIRST AND LAST NAME | X |
| FIRST INTIAL AND LAST NAME | X |
| MIDDLE NAME AND LAST NAME | X |
| MIDDLE INTIAL AND LAST NAME | X |
| OTHER: | |

| SEARCH RESULTS | | |
|---|---|---|
| NO RECORDS FOUND | X | |
| SEE ATTACHED CASE PRINT OUT | | |
| ADDITIONAL NOTES: | | |

| Search conducted by: | CRYSTAL "BROOKE" COWART | |
|---|---|---|

NICHOLSON_AHD_000051

entered

Dance #: _____ 6469 _____

Dance Name: E Royce _____

ENTERED

# SPLENDOR

# DANCER PACKET

316992v.1

NICHOLSON_AHD_000052

**SPLENDOR
DANCER PACKET**

DANCE #: _____

DANCE NAME: Royce

## MANAGER'S CHECKLIST

1.) Did you verify all the information and make sure **ALL** the questions are answered?

☑ **Yes**　☐ **No**

2.) Did you offer the opportunity to the Dancer to ask any questions regarding her status as a licensee and not an employee of Splendor?

☑ **Yes**　☐ **No**

3.) Did you check the individual's ID to verify legal age?

☑ **Yes**　☐ **No**

4.) Did you check to see if the individual is legally in the United States?

☑ **Yes**　☐ **No**

5.) Did you receive a copy of the following items: Social Security card, government issued ID card, photograph of the Dancer (this photo must be a full face photo taken without glasses or hats)?

☑ **Yes**　☐ **No**

**If the answer to any of these questions is 'No', please explain your reason:**

_____

_____

_____

**Manager's Name:** _Ron Greenroad_

**Manager's Signature:** _____

**Date:** _11/19/14_

**Legal Name of Applicant:** _____
(Please Print)

**NICHOLSON_AHD_000053**

# SPLENDOR
## D.W.G. F.M., INC.

## INFORMATION SHEET
THIS IS NOT AN EMPLOYMENT FORM.

EXAMPLE          A B C 1 2 3      PLEASE PRINT NEATLY AND IN ALL CAPITAL LETTERS

TODAY'S DATE                /        /

LEGAL FIRST NAME    Chanel
LEGAL LAST NAME     Nicholson
ADDRESS             1247 Bartlett cove Dr.
APARTMENT#
CITY                Houston
STATE               TX          ZIP 77067
SOCIAL SECURITY#    ███████████
DRIVERS LICENSE#                                          STATE
DATE OF BIRTH       09/01/193       AGE 21
TELEPHONE CELL#     713-865-1754
TELEPHONE HOME#     713-885-1756
IN CASE OF EMERGENCY,
CONTACT:            Chanel Nicholson        RELATIONSHIP  me!
EMERGENCY PHONE#    713-885-1754
EXPERIENCE:

| | |
|---|---|
| → | I HAVE NEVER BEEN CONVICTED OF THE POSSESSION OF AN ILLEGAL DRUG. I HAVE NEVER COMMITTED OR BEEN CONVICTED OF THE ACT OF PROSTITUTION. I HAVE NEVER BEEN CONVICTED OF PUBLIC LEWDNESS. |

SIGNATURE    X:                                    DATE    /    /

| | |
|---|---|
| → | IF YOU HAVE BEEN ARRESTED FOR ANY OF THE ABOVE MENTIONED OFFENSES OR FOR ANY FELONY, PLEASE EXPLAIN: |

NATURE OF OFFENSE:                                  DATE    /    /
OUTCOME OF CONVICTION:

| | |
|---|---|
| → | ALL ABOVE INFORMATION IS TRUE AND CORRECT. |

SIGNATURE    X:                                    DATE  09/29/14

NOTE: YOUR SIGNATURE ON THIS FORM DOES NOT ENGAGE ANY TYPE OR FORM OF EMPLOYMENT.

--------------------------------------------
(PLEASE DO NOT WRITE BELOW THIS LINE.)

INTERVIEWED BY:
SHIFT:       AM      MID      PM      DL:        CONTRACTED/PENDING
                                                PHOTO:_____  ORIENTATION:_____

**NICHOLSON_AHD_000054**

Form **W-9**
(Rev. August 2013)
Department of the Treasury
Internal Revenue Service

## Request for Taxpayer
## Identification Number and Certification

**Give Form to the requester. Do not send to the IRS.**

Name (as shown on your income tax return)

*Chanel Nicholson*

Business name/disregarded entity name, if different from above

*Splendor Genglemens Club.*

Check appropriate box for federal tax classification:

[x] Individual/sole proprietor    [ ] C Corporation    [ ] S Corporation    [ ] Partnership    [ ] Trust/estate

[ ] Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=partnership) ▶ _____

[ ] Other (see instructions) ▶

Exemptions (see instructions):

Exempt payee code (if any) _____

Exemption from FATCA reporting code (if any) _____

Address (number, street, and apt. or suite no.)

*1247 Bartlett Cove Dr*

City, state, and ZIP code

*Houston Tx 77067*

Requester's name and address (optional)

List account number(s) here (optional)

*Print or type — See Specific Instructions on page 2.*

### Part I    Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on the "Name" line to avoid backup withholding. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN* on page 3.

**Note.** If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.

**Social security number**

**Employer identification number**

### Part II    Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and

3. I am a U.S. citizen or other U.S. person (defined below), and

4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions on page 3.

**Sign Here** | Signature of U.S. person ▶ *Chanel Nicholson* | Date ▶ *9/27/14*

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** The IRS has created a page on IRS.gov for information about Form W-9, at *www.irs.gov/w9*. Information about any future developments affecting Form W-9 (such as legislation enacted after we release it) will be posted on that page.

### Purpose of Form

A person who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, payments made to you in settlement of payment card and third party network transactions, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the

withholding tax on foreign partners' share of effectively connected income, and

4. Certify that FATCA code(s) entered on this form (if any) indicating that you are exempt from the FATCA reporting, is correct.

**Note.** If you are a U.S. person and a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

**Definition of a U.S. person.** For federal tax purposes, you are considered a U.S. person if you are:

• An individual who is a U.S. citizen or U.S. resident alien,

• A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States,

• An estate (other than a foreign estate), or

• A domestic trust (as defined in Regulations section 301.7701-7).

**Special rules for partnerships.** Partnerships that conduct a trade or business in the United States are generally required to pay a withholding tax under section 1446 on any foreign partners' share of effectively connected taxable income from such business. Further, in certain cases where a Form W-9 has not been received, the rules under section 1446 require a partnership to presume that a partner is a foreign person, and pay the section 1446 withholding tax. Therefore, if you are a U.S. person that is a partner in a partnership conducting a trade or business in the United States, provide Form W-9 to the partnership to establish your U.S. status and avoid section 1446 withholding on your share of partnership income.

Cat. No. 10231X

Form **W-9** (Rev. 8-2013)

NICHOLSON_AHD_000055

## D WG FM, INC. D/B/A SPLENDOR
## LICENSE AND ACCESS AGREEMENT

1.      D WG FM, Inc. d/b/a Splendor ("Splendor") grants access to the Dancer whose name is set forth below (the "Dancer") to perform entertainment services at Splendor, subject to the *Policies Regarding Dancer Conduct* which is attached and incorporated as if fully set forth in this Agreement. In consideration for Splendor allowing the Dancer to perform entertainment services at Splendor, the Dancer enters into this License and Access Agreement (the "Agreement").

2.      The Dancer represents to Splendor that she has knowledge and experience in the adult entertainment industry and is familiar with industry standards and practices for a professional adult entertainer. The Dancer further acknowledges that her performances will be in compliance with general industry standards and all applicable laws, ordinances and regulations.

3.      The Dancer shall determine the method, details, and means of performing entertainment services at Splendor. The Dancer shall also determine her schedule in performing the services, including but not limited to, her ability to arrive and leave the premises at any time without penalty. It is specifically understood that the Dancer sets her own schedule of when and what hours she works. The Dancer agrees to supply all of her own costumes, beauty aids, and other apparel necessary for her performance as an entertainer, which must comply with all applicable laws, ordinances and regulations. Splendor shall not control in any way the choice of costumes and/or wearing apparel made by the Dancer, although Splendor expects the Dancer to appear at all times in apparel that is consistent with industry standards for a professional adult entertainer. The Dancer has the right to choose her own music. Nothing in this Agreement shall require the Dancer to perform exclusively at Splendor. The Dancer retains the right, and is free, to work or perform at other businesses and at other locations, including Splendor's competitors.

4.      The Dancer understands that Splendor will not pay her any hourly wage or overtime pay, advance or reimburse her for any business-related expenses, or provide to her any other employee related benefits. The Dancer acknowledges that she will receive no compensation from Splendor, that her compensation shall be comprised solely of monies received from customers and not Splendor, and that the Dancer assumes both the full risk of loss and reward of profit as a result of services she performs. It is further acknowledged that all equipment and materials required to perform the work shall be provided by the Dancer at her own expense. Since she is not an employee, the Dancer understands that she is not entitled to receive any workers' compensation benefits or unemployment compensation benefits and waives any claim for any employee related benefits.

5.      The Dancer acknowledges and agrees that she is not an employee of Splendor. It is the express intention of the parties that the Dancer is, and shall remain during the term of this agreement, a licensee granted access to Splendor and not be deemed an agent, servant, independent contractor, or employee of Splendor for any purpose. Nothing in this Agreement shall be interpreted or construed as creating or establishing the relationship of employer and employee between the Dancer and Splendor. The parties acknowledge that the Dancer is not an agent, servant, independent contractor, or employee of Splendor for purposes of taxation under

Page | 1

_____
Dancer's Initials

**NICHOLSON_AHD_000056**

state law (including, but not limited to, the Texas Alcoholic Beverage Code) and federal law (including, but not limited to, the Fair Labor Standards Act) or any other purpose.

6. The Dancer shall maintain accurate records of all income generated using Splendor's facilities and the Dancer is solely responsible for all taxes, fees and assessments for any and all income generated using Splendor's facilities in the operation of her business. The Dancer is responsible for reporting her income and paying her own income taxes and other taxes of every description incidental to her self-employment. The Dancer agrees to indemnify and/or reimburse Splendor if Splendor is required to pay any taxes on the Dancer's behalf.

7. The Dancer shall be solely responsible for obtaining and maintaining, at Dancer's sole cost and expense, all necessary business licenses and permits and insurance including, but not limited to, health and disability insurance, and for paying all federal, state and local taxes and contributions imposed upon any income earned by Dancer at Splendor.

8. Splendor and the Dancer shall have the right to terminate this Agreement at any time and for any reason, or for no reason at all. No party shall have liability for any damages resulting from either party's exercise of its right to terminate this Agreement.

9. This Agreement, and the incorporated *Policies Regarding Dancer Conduct*, represents the entire agreement of the parties as to the matters contained in this Agreement. Any amendment of this Agreement shall be effective only if it is in writing and signed by the parties.

10. This Agreement shall not be assigned by the Dancer. Any attempted assignment of this Agreement by the Dancer shall be null and void and shall result in the immediate suspension and/or termination of this Agreement.

11. In the event any action is commenced to enforce or interpret the terms or conditions of this Agreement, Splendor shall, in addition to any costs or other relief, be entitled to recover its reasonable attorneys' fees.

**12. THE DANCER SHALL INDEMNIFY, HOLD HARMLESS AND PAY FOR SPLENDOR'S DEFENSE FROM AND AGAINST ANY AND ALL CLAIMS, LOSSES OR LIABILITY, INCLUDING ATTORNEYS' FEES, ARISING FROM OR RELATING TO THIS AGREEMENT OR THE DANCER'S RELATIONSHIP WITH SPLENDOR, INCLUDING LIABILITY ARISING FROM SPLENDOR'S OWN NEGLIGENCE.**

**13. ARBITRATION POLICY.**

**(A) THE PARTIES AGREE THAT ANY AND ALL COVERED DISPUTES, CLAIMS AND CONTROVERSIES ARISING OUT OF OR RELATING TO THIS AGREEMENT AND/OR ANY MATTER RELATED TO ALLEGED EMPLOYMENT, ALLEGED TERMS OR CONDITIONS OF EMPLOYMENT, OR ANY ALLEGED RELATIONSHIP OTHER THAN THAT OF A LICENSEE THAT THE DANCER MAY HAVE AGAINST SPLENDOR, ITS OWNERS, DIRECTORS, OFFICERS, MANAGERS, EMPLOYEES, OR AGENTS (HEREINAFTER, COLLECTIVELY REFERRED TO AS**

Page | 2

Dancer's Initials

"SPLENDOR") OR THAT SPLENDOR MAY HAVE AGAINST THE DANCER SHALL BE SUBMITTED EXCLUSIVELY TO AND DETERMINED EXCLUSIVELY BY BINDING ARBITRATION UNDER THE FEDERAL ARBITRATION ACT, 9 U.S.C. § 1 ET SEQ. ("FAA").

(B) "COVERED DISPUTES, CLAIMS AND CONTROVERSIES" INCLUDE, BUT ARE NOT LIMITED TO, ANY AND ALL DISPUTES, CLAIMS AND CONTROVERSIES THAT AROSE BEFORE AND/OR AFTER THIS ARBITRATION POLICY WENT INTO EFFECT, ARISING UNDER THE AGE DISCRIMINATION IN EMPLOYMENT ACT ("ADEA"), TITLE VII OF THE CIVIL RIGHTS ACT OF 1964 ("TITLE VII"), THE AMERICANS WITH DISABILITIES ACT ("ADA"), THE FAMILY AND MEDICAL LEAVE ACT ("FMLA"), THE FAIR LABOR STANDARDS ACT ("FLSA"), 42 U.S.C. § 1981, INCLUDING AMENDMENTS TO ALL THE FOREGOING STATUTES, THE EMPLOYEE POLYGRAPH PROTECTION ACT ("EPPA"), THE EMPLOYMENT RETIREMENT INCOME SECURITY ACT ("ERISA"), OCCUPATIONAL SAFETY AND HEALTH ACT ("OSHA"), THE TEXAS COMMISSION ON HUMAN RIGHTS ACT ("TCHRA"), ANY OTHER CLAIMS ARISING UNDER FEDERAL OR TEXAS STATE LAW, AND/OR COMMON LAW CLAIMS REGULATING EMPLOYMENT TERMINATION, MISAPPROPRIATION, THE LAW OF CONTRACT OR THE LAW OF TORT, INCLUDING, BUT NOT LIMITED TO, CLAIMS FOR MALICIOUS PROSECUTION, INTENTIONAL/NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS OR DEFAMATION.

DISPUTES, CLAIMS AND CONTROVERSIES THAT, BY LAW, CANNOT BE SUBJECT TO ARBITRATION ARE NOT COVERED BY THIS ARBITRATION POLICY. CLAIMS THAT ARE NOT COVERED ARE (I) FOR UNEMPLOYMENT COMPENSATION AND WORKERS' COMPENSATION (WHICH THE DANCER AGREES THAT SHE IS NOT ELIGIBLE TO RECEIVE) AND (II) THE RIGHT TO FILE AN UNFAIR LABOR PRACTICE CHARGE UNDER THE NATIONAL LABOR RELATIONS ACT ("NLRA").

NOTHING IN THIS ARBITRATION POLICY PROHIBITS THE DANCER FROM FILING AT ANY TIME A CHARGE OR COMPLAINT WITH A GOVERNMENT AGENCY SUCH AS THE EQUAL EMPLOYMENT OPPORTUNITY COMMISSION ("EEOC"). HOWEVER, UPON RECEIPT OF A RIGHT TO SUE LETTER OR SIMILAR ADMINISTRATIVE DETERMINATION, THE DANCER'S CLAIMS BECOME SUBJECT TO ARBITRATION.

(C) ANY AND ALL COVERED DISPUTES, CLAIMS AND CONTROVERSIES SHALL BE SUBMITTED TO THE AMERICAN ARBITRATION ASSOCIATION (THE "AAA"), OR ITS SUCCESSOR, INITIALLY FOR MEDIATION, AND IF THE MATTER IS NOT RESOLVED THROUGH MEDIATION, THEN IT SHALL BE SUBMITTED TO THE AAA, OR ITS SUCCESSOR, FOR FINAL AND BINDING ARBITRATION. EITHER PARTY MAY COMMENCE MEDIATION BY PROVIDING TO THE AAA AND THE OTHER PARTY A WRITTEN REQUEST FOR MEDIATION, SETTING

Page | 3

Dancer's Initials

NICHOLSON_AHD_000058

FORTH THE SUBJECT OF THE DISPUTE, CLAIM OR CONTROVERSY AND THE RELIEF REQUESTED. THE PARTIES WILL COOPERATE WITH THE AAA AND WITH ONE ANOTHER IN SELECTING A MEDIATOR FROM THE AAA PANEL OF NEUTRALS, AND IN SCHEDULING THE MEDIATION PROCEEDING.

(D) THE PARTIES AGREE THAT THEY WILL PARTICIPATE IN ANY MEDIATION CONDUCTED BY THE AAA IN GOOD FAITH. ALL OFFERS, PROMISES, CONDUCT AND STATEMENTS, WHETHER ORAL OR WRITTEN, MADE IN THE COURSE OF THE MEDIATION BY ANY OF THE PARTIES, THEIR AGENTS, EMPLOYEES, EXPERTS, AND ATTORNEYS, AND BY THE MEDIATOR OR ANY OF THE PARTIES, THEIR AGENTS, EMPLOYEES, EXPERTS AND ATTORNEYS, AND BY THE MEDIATOR OR ANY AAA EMPLOYEES, ARE CONFIDENTIAL, PRIVILEGED AND INADMISSIBLE FOR ANY PURPOSE, INCLUDING IMPEACHMENT, IN ANY ARBITRATION OR OTHER PROCEEDING INVOLVING THE PARTIES, PROVIDED THAT EVIDENCE THAT IS OTHERWISE ADMISSIBLE OR DISCOVERABLE SHALL NOT BE RENDERED INADMISSIBLE OR NON-DISCOVERABLE AS A RESULT OF ITS USE IN THE MEDIATION.

(E) EITHER PARTY MAY INITIATE ARBITRATION WITH RESPECT TO THE MATTERS SUBMITTED TO MEDIATION BY FILING A WRITTEN DEMAND FOR ARBITRATION AT ANY TIME FOLLOWING THE INITIAL MEDIATION SESSION OR 45 DAYS AFTER THE DATE OF FILING THE WRITTEN REQUEST FOR MEDIATION, WHICHEVER OCCURS FIRST. THE PARTIES MAY SETTLE THEIR DISPUTE AT ANY TIME WITHOUT INVOLVEMENT OF THE ARBITRATOR, AND THE MEDIATION MAY CONTINUE AFTER THE COMMENCEMENT OF ARBITRATION IF THE PARTIES SO DESIRE. UNLESS OTHERWISE AGREED BY THE PARTIES, THE MEDIATOR SHALL BE DISQUALIFIED FROM SERVING AS THE ARBITRATOR IN THE CASE. THERE SHALL BE ONE ARBITRATOR, NAMED IN ACCORDANCE WITH THE AAA, AND THE ARBITRATOR SHALL DECIDE THE DISPUTE IN ACCORDANCE WITH APPLICABLE FEDERAL AND STATE LAW. ANY COVERED DISPUTES, CLAIMS AND CONTROVERSIES NOT ASSERTED DURING ARBITRATION SHALL BE DEEMED WAIVED AND PRECLUDED. THE ARBITRATOR SHALL HAVE THE POWER TO HEAR AND CONSIDER AS MANY CLAIMS AS THE DANCER OR SPLENDOR MAY HAVE AGAINST EACH OTHER CONSISTENT WITH THE TERMS OF THIS AGREEMENT.

(F) ARBITRATION MUST BE INITIATED IN ACCORDANCE WITH THE TIME LIMITS CONTAINED IN THE APPLICABLE SUBSTANTIVE LAW'S STATUTE OF LIMITATIONS.

(G) THE PARTIES AGREE THAT THE AAA, AS WELL AS ANY MEDIATOR OR ARBITRATOR APPOINTED BY THE AAA OR AGREED TO BY THE PARTIES, HAS NO AUTHORITY TO AND SHALL NOT CONSOLIDATE CLAIMS OF DIFFERENT EMPLOYEES INTO ONE PROCEEDING, NOR SHALL THE ARBITRATOR HAVE THE POWER TO HEAR AN ARBITRATION AS A CLASS OR

Page | 4

Dancer's Initials

COLLECTIVE ACTION (A CLASS OR COLLECTIVE ACTION INVOLVES AN ARBITRATION OR LAWSUIT WHERE REPRESENTATIVE MEMBERS OF A GROUP WHO CLAIM TO SHARE A COMMON INTEREST SEEK CLASS OR COLLECTIVE RELIEF). THE DANCER AGREES THAT SHE SHALL NOT BE ALLOWED TO SUBMIT ANY DISPUTE(S), CLAIM(S) OR CONTROVERSY(IES) AGAINST SPLENDOR TO ARBITRATION AS A REPRESENTATIVE OF OR PARTICIPANT IN A CLASS OR COLLECTIVE ACTION OR A CLAIM SEEKING CLASS OR COLLECTIVE RELIEF. IF THERE ARE ANY DIFFERENCES BETWEEN THIS AGREEMENT AND THE AAA'S RULES AND MEDIATION PROCEDURES, THIS AGREEMENT SHALL APPLY.

(H) NEITHER SPLENDOR NOR THE DANCER CAN FILE A CIVIL LAWSUIT IN COURT AGAINST THE OTHER PARTY RELATING TO ANY COVERED DISPUTES, CLAIMS AND CONTROVERSIES. IF A PARTY FILES A LAWSUIT IN COURT TO RESOLVE DISPUTES, CLAIMS AND CONTROVERSIES SUBJECT TO ARBITRATION, BOTH PARTIES AGREE THAT THE COURT SHALL DISMISS THE LAWSUIT AND REQUIRE THE DISPUTES, CLAIMS AND CONTROVERSIES TO BE RESOLVED THROUGH ARBITRATION.

(I) THE PROVISIONS OF THIS ARBITRATION POLICY MAY BE ENFORCED BY ANY COURT OF COMPETENT JURISDICTION. IF ANY TERM OR PROVISION, OR PORTION OF THIS ARBITRATION POLICY IS DECLARED VOID OR UNENFORCEABLE, IT SHALL BE SEVERED AND THE REMAINDER OF THIS ARBITRATION POLICY SHALL BE ENFORCEABLE. THIS ARBITRATION POLICY MAY BE MODIFIED, IN WHOLE OR IN PART, OR TERMINATED BY SPLENDOR ONLY AFTER SPLENDOR PROVIDES AT LEAST 30 DAYS WRITTEN NOTICE OF SUCH MODIFICATION OR TERMINATION TO THE DANCER, AND ONLY WITH RESPECT TO CLAIMS SUBMITTED UNDER THE POLICY WHICH ARE RECEIVED AFTER THE EFFECTIVE DATE OF SUCH MODIFICATION OR TERMINATION.

(J) ANY MEDIATION OR ARBITRATION WILL BE CONDUCTED IN THE CITY OF HOUSTON, TEXAS, IN ACCORDANCE WITH THE FAA. THE ARBITRATION POLICY DOES NOT INFRINGE ON EITHER PARTY'S RIGHT TO CONSULT WITH AN ATTORNEY AT ANY TIME. EACH PARTY SHALL BEAR THEIR OWN ATTORNEY'S FEES, COSTS AND FILING FEES, EXCEPT AS MAY BE ORDERED BY THE ARBITRATOR PURSUANT TO THE ARBITRATION RULES.

(K) THIS ARBITRATION POLICY AMENDS AND MODIFIES ANY PRIOR ABRITRATION AGREEMENTS IN EFFECT BETWEEN THE PARTIES.

14.    WAIVER OF CLASS OR COLLECTIVE CLAIMS.

ARBITRATION SHALL PROCEED SOLELY ON AN INDIVIDUAL BASIS WITHOUT THE RIGHT FOR ANY COVERED DISPUTES, CLAIMS AND CONTROVERSIES TO BE ARBITRATED ON A COLLECTIVE OR CLASS ACTION BASIS OR ON BASES

Page | 5

Dancer's Initials

NICHOLSON_AHD_000060

INVOLVING CLAIMS BROUGHT IN A PURPORTED REPRESENTATIVE CAPACITY ON BEHALF OF OTHERS. THE ARBITRATOR'S AUTHORITY TO RESOLVE AND MAKE WRITTEN AWARDS IS LIMITED TO CLAIMS BETWEEN THE DANCER AND SPLENDOR ALONE. NO ARBITRATION AWARDS OR DECISION WILL HAVE ANY PRECLUSIVE EFFECT AS TO ISSUES OR CLAIMS IN ANY DISPUTE WITH ANYONE WHO IS NOT A NAMED PARTY TO THE ARBITRATION.

15.  SPLENDOR AND THE DANCER AGREE THAT IF, UPON ANY RULING OR DECISION OF AN ARBITRATOR, COURT OR OTHER TRIBUNAL WITH JURISDICTION OVER THE MATTER THAT THE RELATIONSHIP BETWEEN SPLENDOR AND THE DANCER IS ONE OF EMPLOYER AND EMPLOYEE, THE DANCER SHALL SURRENDER, REIMBURSE AND PAY TO SPLENDOR ALL MONEY RECEIVED BY THE DANCER AT ANY TIME SHE PERFORMED ON THE PREMISES OF SPLENDOR – ALL OF WHICH WOULD OTHERWISE HAVE BEEN COLLECTED AND KEPT BY SPLENDOR HAD THE PARTIES NOT ENTERED INTO THIS LICENSE AGREEMENT, AND THE DANCER SHALL IMMEDIATELY PROVIDE A FULL ACCOUNTING TO SPLENDOR OF ALL INCOME WHICH SHE RECEIVED DURING THE RELEVANT TIME PERIOD. IN THE EVENT THAT THE DANCER FAILS TO REPAY SPLENDOR AS PROVIDED IN THIS PARAGRAPH, SPLENDOR SHALL BE ENTITLED TO OFFSET ANY WAGE OBLIGATION BY ANY AMOUNT NOT RETURNED BY THE DANCER.

16.  THE SUBMISSION OF AN APPLICATION, AUDITION AS A DANCER, ACCEPTANCE AS A DANCER OR THE CONTINUED PERFORMANCE AS A DANCER SHALL BE DEEMED TO BE ACCEPTANCE OF THIS ARBITRATION POLICY AND WAIVER OF CLASS OR COLLECTIVE ACTION CLAIMS. NO SIGNATURE SHALL BE REQUIRED FOR THE ARBITRATION POLICY TO BE APPLICABLE. THE MUTUAL OBLIGATIONS SET FORTH IN THE ARBITRATION POLICY SHALL CONSTITUTE A CONTRACT BETWEEN THE DANCER AND SPLENDOR, BUT SHALL NOT CHANGE THE RIGHT OF EITHER PARTY TO TERMINATE THE LICENSE AGREEMENT AT WILL BY EITHER PARTY, WITH OR WITHOUT NOTICE TO THE OTHER PARTY.

DATE:_____

_____        _____
Dancer Signature – **Legal Name**              D WG FM, Inc. d/b/a Splendor
                                                                      by its Manager

_____        _____
Printed **Legal Name** of Dancer                 Printed Name of Manager

Page | 6

_____
Dancer's Initials

**NICHOLSON_AHD_000061**

## D WG FM, INC. D/B/A SPLENDOR

### *Policies Regarding Dancer Conduct*

### A. Introduction

These *Policies Regarding Dancer Conduct* are part of the Dancer License and Access Agreement and are binding upon the parties to that Agreement, including D WG FM, Inc. d/b/a Splendor ("Splendor") and the Dancer whose name is set forth below. This document sets forth Splendor's policies regarding the conduct of Dancers. Compliance with these policies is a condition of your continued license to perform entertainment services at Splendor and any violation of these policies may result in immediate suspension and/or termination of your license to perform entertainment services at Splendor.

Splendor has a zero tolerance policy regarding violation of the laws of the State of Texas and City Ordinances, including, but not limited to, prostitution and the delivery, possession, manufacture or use of drugs or controlled substances. Any violation of the laws of the State of Texas or City Ordinances will result in immediate suspension and/or termination of your license to perform entertainment services at Splendor.

Splendor does not and will not maintain a place to which persons habitually go for any of the following twenty-two (22) purposes. Furthermore, neither Splendor, its owners nor its management will knowingly tolerate any of this type of activity, and the employees, managers, and all others associated with Splendor have been instructed to make reasonable steps to abate any of this type of activity. If an employee, dancer, or others are believed to be engaging in any of these twenty-two activities, they will be subject to immediate suspension and/or termination:

(1)    discharge of a firearm in a public place as prohibited by the Penal Code;

(2)    reckless discharge of a firearm as prohibited by the Penal Code;

(3)    engaging in organized criminal activity as a member of a combination as prohibited by the Penal Code;

(4)    delivery, possession, manufacture, or use of a controlled substance in violation of Chapter 481, Health and Safety Code;

(5)    gambling, gambling promotion, or communicating gambling information as prohibited by the Penal Code;

(6)    prostitution, promotion of prostitution, or aggravated promotion of prostitution as prohibited by the Penal Code;

(7)    compelling prostitution as prohibited by the Penal Code;

(8)    commercial manufacture, commercial distribution, or commercial exhibition of obscene material as prohibited by the Penal Code;

(9)    aggravated assault as described by Section 22.02, Penal Code;

(10)    sexual assault as described by Section 22.011, Penal Code;

(11)    aggravated sexual assault as described by Section 22.021, Penal Code;

(12)    robbery as described by Section 29.02, Penal Code;

(13)    aggravated robbery as described by Section 29.03, Penal Code;

Page | 7

Dancer's Initials

NICHOLSON_AHD_000062

(14)    unlawfully carrying a weapon as described by Section 46.02, Penal Code;

(15)    murder as described by Section 19.02, Penal Code;

(16)    capital murder as described by Section 19.03, Penal Code;

(17)    continuous sexual abuse of young child or children as described by Section 21.02, Penal Code;

(18)    massage therapy or other massage services in violation of Chapter 455, Occupations Code;

(19)    employing a minor at a sexually oriented business as defined by Section 243.002, Local Government Code;

(20)    trafficking of persons as described by Section 20A.02, Penal Code;

(21)    sexual conduct or performance by a child as described by Section 43.25, Penal Code; or

(22)    employment harmful to a child as described by Section 43.251, Penal Code.

## B. General Policies

1.    All Dancers must be at least 18 years old, and no person under the age of 18 years shall be allowed in Splendor during hours of operation.

2.    All Dancers are subject to criminal background checks. Any conviction for a drug or prostitution related offense is a basis for immediate suspension and/or termination of your license to perform entertainment services at Splendor. A criminal background check will be conducted on all persons given access to Splendor to perform entertainment services pursuant to the License and Access Agreement. Splendor will not knowingly hire or contract for the services of a person, or grant a License or Access Agreement, to any person for whom a background check reveals a conviction within sixty (60) months for delivery, possession, manufacture, or use of a controlled substance in violation of Chapter 481 of the Health and Safety Code, or prostitution, promotion of prostitution, aggravated promotion of prostitution or compelling prostitution. Splendor will abide by all applicable laws, rules and regulations including, but not limited to, any equal opportunity laws, rules, regulations or applicable ordinances.

3.    Any questions regarding policies, procedures, or information regarding the club's operations should be directed to club management.

4.    Do not engage in conversations regarding exchanging sex for a fee. Offering to engage in sex for a fee is prostitution under the Texas Penal Code.

5.    Smoking is only permitted in designated outdoor smoking areas. Absolutely no smoking is permitted inside the club. HOUSTON MUNICIPAL CODE OF ORDINANCES § 21-236.

6.    Splendor is not responsible for personal property anywhere on the premises, including the parking lot.

7.    Under-age (persons under 21 years old) alcohol consumption is strictly prohibited and will result in immediate suspension and/or termination.

Page | 8

Dancer's Initials

**NICHOLSON_AHD_000063**

8.      Harassment of any type is strictly prohibited and is in violation of company policy, including, but not limited to, harassment based on disability, marital status, national origin, age, race, religion, sex, or sexual preference. Any incidents of harassment should be reported to club management immediately. If a club manager is the individual harassing you or if a club manager is not responsive to your complaint, then you should report the harassment and non-responsiveness to another manager.

9.      Direct all customer complaints to a manager on duty.

10.     No weapons or illegal substances are permitted on the premises. Dancers will not be admitted to the premises if they have been drinking or appear to be intoxicated. To ensure compliance with Chapters 21 and 29 of the Texas Penal Code, as well as Chapter 481 of the Texas Health and Safety Code, Dancers' purses, gym bags, or any other bags or containers may be thoroughly searched and inspected upon entry of the premises and during the shift.

11.     All lockers and personal belongings are subject to search by management at any time.

12.     All Dancers must sign in at the door upon arrival at the club.

13.     Anyone causing any type of disturbance or causing a scene will be ejected from the premises.

14.     Only management, kitchen personnel, and wait staff are permitted entry to the kitchen area.

15.     Do not bring alcoholic beverages into the club or leave the club with an alcoholic beverage.

16.     Do not possess, discuss, consume, or deal illegal drugs on the premises. Any prescription medication must be in the proper, labeled bottle, and contain no more than the amount or dosage indicated on the prescription label. Splendor has a zero tolerance policy with respect to the possession, use, consumption or sale of illegal narcotics and any violation of this policy will result in the immediate suspension and/or termination of your license to perform entertainment services at Splendor. Further, you may not offer, sell, give, loan, or dispense to any person any prescription medication you may have.

17.     Have proper, valid, or acceptable identification with you while on the premises.

18.     Inform management immediately if you have a problem with a customer; you see any customer, dancer, or employee in possession of a weapon; any employee, dancer, or customer tries to sell or ask you for illicit drugs; a customer is soliciting prostitution; you have a problem with a dancer, employee, or customer; any dancer, employee, or customer is rude or offensive to you or anyone else on the premises.

Page | 9

_____

Dancer's Initials

NICHOLSON_AHD_000064

19.     **There is no mandatory tip sharing arrangement among management, dancers, and employees. If you choose to voluntarily tip any manager, dancer, waitress, bus boy, DJ, valet, or any other individual affiliated with Splendor, you do so at your sole discretion.**

20.     The club is not a collection agency for the dancers. All income claimed from disputed credit card tabs and checks will be paid by the dancer to the club until such time as the dispute has been resolved. The club is not responsible for taking any further action.

21.     Managers and employees are responsible to assure compliance with all applicable city ordinances and state laws, including but not limited to the Texas Alcoholic Beverage Code.

22.     Dancers are prohibited from soliciting drinks from customers.

23.     Dancers may not serve alcoholic beverages, and may not provide beverage containers designated for employees to customers. Dancers may not consume alcoholic beverages in containers designated for employees.

24.     Fighting is strictly prohibited.

### C. Specific Rules Regarding the Conduct of Dancers

Dancers must have their genitals covered at all times that they are in the public areas of the premises (i.e., areas other than the dressing room).

No dancer will engage in any of the following sexual activities while on Splendor's premises:

a.     acts of masturbation, sexual intercourse or sodomy;

b.     fondling or other erotic touching of genitals;

c.     any combination of the foregoing.

Any dancer who violates this policy will be subject to immediate suspension and/or termination of their license to perform entertainment services at Splendor. Any manager who knowingly allows any dancer to violate these policies will be subject to suspension and/or termination. The potential criminal penalty for engaging in the prohibited conduct mentioned above or for failing to properly cover the aforementioned anatomical areas is up to a $4,000.00 fine and up to one year in jail, or both.

### D. Drug & Criminal Activity Policies

Splendor has a zero tolerance policy regarding the use or possession of illegal drugs on its premises. By signing the certification page regarding these policies, all dancers consent to the inspection of their lockers, purses, and any baggage at any time by management of Splendor. Any dancer or other employee suspected of using or possessing illegal drugs will be immediately terminated and may be reported to the police. All dancers consent to having their

Page | 10

Dancer's Initials

purses and other baggage searched by a representative of management upon arrival at the club and prior to entering the main area of the club from the lobby or at any other time.

The following acts are specifically prohibited by Splendor and any entertainer convicted of engaging in any of these acts is subject to immediate suspension and/or termination of their license to perform entertainment services at Splendor.

a.      Prostitution.  A person commits an offense of prostitution if she knowingly offers to engage, agrees to engage, or engages in sexual conduct for a fee.  Prostitution is a Class B misdemeanor which can result in a fine of up to $2,000.00 and up to 180 days in jail, or both. There is no requirement that sex actually take place, merely agreeing to have sex for a fee, whether you intend for the sex to actually take place, is a crime.  **Agreeing or offering to have sex for a fee even though you do not intend to do so is a violation of the law.**

b.      Promotion of prostitution.  A person commits an offense if, acting other than as a prostitute receiving compensation for personally rendered prostitution services, she knowingly (1) receives money or other property pursuant to an agreement to participate in the proceeds of prostitution; or (2) solicits another to engage in sexual conduct with another person for compensation.  Promotion of prostitution is a Class A misdemeanor which can result in a fine of up to $4,000.00 and up to one year in jail, or both.

c.      Aggravated promotion of prostitution.  A person commits an offense if she knowingly owns, invests in, finances, controls, supervises, or manages a prostitution enterprise that uses two or more prostitutes.  Aggravated promotion of prostitution is a 3rd degree felony which can result in a $10,000.00 fine and two to ten years in prison, or both.

d.      Public lewdness.  A person commits an offense if she knowingly engages in any of the following acts in a public place, or, if not in a public place, she is reckless about whether another is present who will be offended or alarmed by her: (1) act of sexual intercourse; (2) act of deviate sexual intercourse, including oral or anal sex; or (3) act of sexual contact.  Public lewdness is a Class A misdemeanor which can result in a fine or up to $4,000.00 and up to one year in jail, or both.

e.      Indecent exposure.  A person commits an offense if she exposes her anus or any part of her genitals with intent to arouse or gratify the sexual desire of any person, and she is reckless about whether another is present who will be offended or alarmed by her act.  Indecent exposure is a Class A misdemeanor which can result in a fine of up to $4,000.00 and up to one year in jail, or both.  A second conviction for indecent exposure can also result in being subject to the sex offender registration program for ten years.  Exposure is also a liquor code violation punishable by a fine of up to $1,000.00 and one year in jail, or both.

f.      Trafficking of persons.  A person commits a felony if the person knowingly traffics another person with the intent that the trafficked person engage in: (1) forced labor or services; or (2) prostitution, the promotion of prostitution, the aggravated promotion of prostitution, or compelling prostitution.  **If you feel you are the victim of trafficking or human trafficking you are encouraged to call the Polaris Project Hotline at 1-888-373-7888, contact any club**

Page | 11

Dancer's Initials

manager and ask for help, call Manager Bob Furey at (512) 801-5599, call Manager Jere Gibbons at (832) 588-1011, or call the club's attorney Casey Wallace at (713) 999-1921.

g.    The Dancer whose name appears below, and whose initials are on each page of the License and Access Agreement, acknowledges that she has received written materials from Splendor regarding human trafficking and further acknowledges she has read and understands the contents of this material. The Dancer further acknowledges that Splendor has provided her with a briefing on human trafficking awareness issues. Should the Dancer have any questions concerning human trafficking, she is encouraged to speak with Club management.

Any dancer who violates these policies will be subject to immediate suspension and/or termination of their license to perform entertainment services at Splendor. Any manager who knowingly allows any dancer to violate these policies will be subject to suspension and/or termination. Additionally, any dancer or employee who is suspected of any illegal activity, whether or not listed in these policies, is subject to suspension and/or termination.

Except in the case of fire or other emergency, the Dancers will enter and exit the Club only through the front door.

In the event a Dancer's license is terminated or suspended pursuant to these Policies Regarding Dancer Conduct or the Dancer License and Access Agreement, that Dancer shall not be permitted to enter the Club's premises for any purpose.

### E. Certification and Signature

I hereby certify that I have read, understand, and agree to comply with Splendor's Policies Regarding Dancer Conduct and that I consent to being searched by management at any time that I am on the club's premises.

Signature: _____

Printed Name: _Chanel Nicholson_____

Date: _9/27/14_____

Manager's Signature: _____

Page | 12

Dancer's Initials

NICHOLSON_AHD_000067

## ACKNOWLEDGEMENT

I have received written materials regarding human trafficking and including the following:

*Domestic Sex Trafficking: The Criminal Operations of the American Pimp*

*Potential Indicators & Red Flags: Identifying Victims of Human Trafficking*

*Human Trafficking Cheat Sheet*

*Comparison Chart of Primary Sex Trafficking Networks in the United States*

*In Their Shoes: Understanding the Victims' Mindsets and Common Barriers to Victim Identification*

I have also been furnished a briefing on human trafficking awareness issues by a manager of Splendor.

I understand that Splendor has a zero tolerance policy on the issue of human trafficking and that human trafficking is a crime.

_____
Date

_____
Printed **Legal Name** of Dancer

_____
Dancer's Signature – **Legal Name**

_____
Manager's Signature

**NICHOLSON_AHD_000068**

MEMORANDUM

TO:            All Dancers at Splendor

FROM:       Management of Splendor

RE:            Human Trafficking Awareness

---

Attached are written materials regarding human trafficking awareness. These materials provide general information on human trafficking as well as specific information on sex trafficking and information that assists in identifying potential victims of this crime. Among the materials you have been provided are:

*Domestic Sex Trafficking: The Criminal Operations of the American Pimp*

*Potential Indicators & Red Flags: Identifying Victims of Human Trafficking*

*Human Trafficking Cheat Sheet*

*Comparison Chart of Primary Sex Trafficking Networks in the United States*

*In Their Shoes: Understanding the Victims' Mindsets and Common Barriers to Victim Identification*

Summarizing the material, human trafficking is a form of modern-day slavery where people profit from the control and exploitation of others. As defined under United States federal law, victims of human trafficking include children involved in the sex trade, adults age 18 or over who are coerced or deceived into commercial sex acts, and anyone forced into different forms of "labor or services," such as domestic workers held in a home, or farm-workers forced to labor against their will. The factors that each of these situations have in common are elements of force, fraud, or coercion that are used to control people. Then, that control is tied to inducing someone into commercial sex acts, or labor or services. Numerous people in the field have summed up the concept of human trafficking as "compelled service." Every year, human traffickers generate billions of dollars in profits by victimizing millions of people around the world, and here in the United States. Human trafficking is considered to be one of the fastest growing criminal industries in the world.

Sex trafficking includes commercial sexual exploitation of children, as well as every instance where an adult is in the sex trade as the result of force, fraud, or coercion. Sex trafficking occurs within numerous venues in the broader sex industry, commonly found in street prostitution, online escort services, residential brothels, and brothels disguised as massage businesses. Under United States and international law, commercially sexually exploited children found in the sex trade are considered to be victims of trafficking, even if no force or coercion is present. Victims of human trafficking in the United States include United States citizens or foreign nationals, adults or minors, and men or women.

**Page | 1**                                                        Dancer Initials

**NICHOLSON_AHD_000069**

Splendor has a zero tolerance policy on the issue of human trafficking. Human trafficking is a crime – if you are a victim of human trafficking and need immediate help or if you suspect a potential trafficking situation, take the following steps:

Talk to a manager of this Club and make a report;

Call the Club's lawyer at (713) 999-1921; and

Call the National Human Trafficking Resource Center Hotline at **(888) 373-7888.**

Remember that the managers of this Club are employed to offer you assistance if you need it – all you have to do is ask.

Page | 2                                                                  Dancer Initials

**NICHOLSON_AHD_000070**

### Domestic Sex Trafficking:
### The Criminal Operations of the American Pimp

*Developed by Polaris Project*

*"Fast, I got to find out the secrets of pimping. I really want to control the whole whore. I want to be the boss of her life, even her thoughts. I got to con them that Lincoln never freed the slaves."*
*– Iceberg Slim, Pimp*

### A Brief Overview: The Elements of the Crime of Human Trafficking are Present

Sex trafficking is defined as: "the recruitment, harboring, transportation, provision, or obtaining of a person for the purpose of a commercial sex act" and may include:

- a commercial sex act induced by force, fraud, or coercion, or in which the person induced to perform such an act has not attained 18 years of age; or
- the recruitment, harboring, transportation, provision, or obtaining of a person for labor or services, through the use of force, fraud or coercion for the purpose of subjection to involuntary servitude, debt bondage, or slavery.

Trafficking victims can be men or women, adults or children, rich or poor, and U.S. citizens or foreign-born.

The chart below contains examples of how pimps use elements of force, fraud, and coercion in domestic sex trafficking.

| **FORCE** | **FRAUD** | **COERCION** |
|---|---|---|
| -Beating/Slapping<br>-Beating with Objects (bat, tools, chains, belts, hangers, canes, cords)<br>-Burning<br>-Sexual Assault<br>-Rape/Gang Rape<br>-Confinement/Locked in<br>-Torture Practices<br>-Seasoning/Initiation | -False promises<br>-Deceitful enticing and affectionate behavior<br>-Withholding wages<br>-Lying about working conditions<br>-Lying about the promise of "a better life"<br>-Preying on desperation and poverty<br>-Blackmail, extortion | -Threats of serious harm or restraint<br>-Threatened abuse of legal process<br>-Intimidation/Humiliation (Pimp circle)<br>-Emotional Abuse<br>-Climate of Fear<br>-Modeling abusive behavior<br>-Controlling daily life skills<br>-Creating dependency<br>-Establishing quotas |

Page | 3                                        Dancer Initials

**NICHOLSON_AHD_000071**

## The Pimp Subculture

Generally, pimping involves a complex relationship between a male pimp and one or more women and/or girls. In this relationship, the pimp wields control and domination and induces commercial sex acts in order to make money. The pimp attains authoritative levels of control and obedience through a combination of intense manipulation and feigned affection, brutal violence, and verbal, psychological, and/or emotional abuse. In the pimp relationship, the pimp is motivated primarily by the pursuit of money. He keeps some or all the money from the commercial sex acts of the women and girls he controls and prides himself on achieving higher and higher levels of blind obedience.

## The Rules and Techniques of Being a "Real" Pimp

Pimps enforce "rules" for the women and minors under their control. A sampling of the formal "rules" of pimping is included below:
- The Term "Daddy": Women and girls under a pimp's control usually do not know his real name or identity and refer to him exclusively as "daddy."
- Eye Contact: A woman or girl may not ever make eye contact with another pimp. If this rule is broken, the woman or girl suffers serious physical violence.
- Quotas: Many pimps set nightly monetary quotas that the women or girls must reach through providing commercial sex or theft.

## The Language and Terminology of the Pimp Subculture

The following is a sample glossary of terms that are heavily used throughout the pimp culture in street prostitution.
- "Daddy" – a term used to describe one's own pimp, evoking images of fatherhood.
- "Bottom" or "Bottom Bitch" – the woman who's been with the pimp the longest and often takes on a mid-level controlling role to keep other victims in line.
- "Dates," "Johns," and "Tricks" – terms used to describe buyers of commercial sex.
- "Square" – a term used that describes trying to go straight and get out of the life, or that describes law enforcement and those that don't understand "the game."
- "Pimp circle" – the process of multiple pimps swarming and surrounding one woman or girl and hissing insults at her, for the purposes of humiliation and intimidation.
- "Wife in Law" – each individual in a group of women or girls that are with the same pimp. "Family" and "folks" also are synonyms.
- "Stable" – refers to the group of women and girls under a pimp's control (i.e., a pimp's stable).
- "Out of Pocket" – a term used to describe when a woman or girl breaks "the rules" by making eye contact with another pimp.

## Initial Recruiting Behavior: Erecting the Front of False Love and Selling the Dream

Pimps manipulate their victims beginning with an initial period of false love and feigned affection. This initial period is critical to attaining long-term mind-control. This period often includes:
- Warmth, gifts, compliments, and sexual and physical intimacy
- Elaborate promises of a better life, fast money, and future luxuries
- Purposeful and pre-meditated targeting of vulnerability (e.g., runaways, throwaways)
- Purposeful targeting of minors due to naivete, virginity, and youthful appearance

Page | 4                                                    Dancer Initials _____

NICHOLSON_AHD_000072

**An Ongoing Search for Victims and the Relentless Pursuit of Wealth and Power**

Pimps are known to engage in constant recruiting to attempt to entice women and children into their web of control. Common recruiting locations include:

- Junior high and high schools
- Courtrooms
- Hallways of court buildings
- Foster homes
- Bus stations
- Group homes
- Homeless shelters
- Halfway houses
- Restaurants and bars
- Parks and playgrounds

**"Seasoning" Women and Girls to be Ready for Commercial Sex with Strangers**

The process of "breaking-down" a girl from healthy adolescent sexual boundaries to commercial sex with strangers is often referred to as "grooming" or "seasoning." It is a systematic process that has been documented and replicated by pimps nationwide. In essence, this process aims to achieve complete control over someone's identity or individuality using a combination of physical, mental, and emotional means. In trafficking, this process involves force, fraud, and coercion. Seasoning often involves:

- Beating/Slapping/Whipping – With hands, fists, and kicking, as well as with objects such as bats, tools, chains, belts, hangers, canes, and cords
- Burning – Of personal items and items of meaning to foster hopelessness and demoralization or directly burning women and girls using cigarette/cigar butts
- Sexual assault – Rape or gang rape
- Confinement – Using torture practices such as confinement to lock women and girls in closets, trunks of cars, or rooms for indeterminate amounts of time.
- Other torture techniques – Such as deprivation of food or water or various forms of bondage such as chaining individuals to items or tying them up.
- Emotional abuse – Direct verbal insults, name-calling, threats, mind control, brainwashing, cognitive re-programming
- Re-naming – Offering "nicknames" both for endearment and to erase former identity
- Creating dependencies – By instructing how to walk, how to talk, what to wear, when to eat, when to sleep, and where to sleep.
- Removal from familiarity and support structures – By transporting a woman or minor to a new location where she knows no one
- Document confiscation – Of identification documents (ID, birth certificate, SS number)
- Forced sexual education – Inducement of viewing pornography to learn to have sex

**The Role of Money and Debt in the Pimp Relationship**

Page | 5

Dancer Initials

Boiled down to its very essence, money is oftentimes the primary motivating factor driving pimp behavior.

## Quotas

It is widely-known and well-documented that pimps establish nightly monetary quotas that the women and girls under their control must make in order to end each night of commercial sex. These quotas typically fall in the range of $500 - $1,000 each night. Through whatever means necessary (including forced theft), the woman or girl must reach these quotas each night to be allowed to eat or sleep. If she does not make enough money, the woman or girl will be forced back out into her venue of commercial sex until she reaches her quota. Quotas are strictly enforced, and the punishment for failing to meet a quota is severe physical retaliation from the pimp or other torture methods. It is also essential to note that in pimp-controlled situations, *the women and girls many times keep none of this money and turn over 100 percent of the profits to the pimp.*

## Why Don't They Just Seek Help?

For a wide variety of reasons, the women and girls under a pimp's control will often not self-identify as victims of human trafficking or seek help on their own. The following is a list of common reasons why victims of domestic sex trafficking cannot or will not leave their exploitative situations:

- **Captivity/Confinement** – locked indoors, locked in rooms, locked in closets
- **Frequent accompaniment/guarded** – interactions are monitored or controlled by the pimp
- **Use and threat of violence** – severe physical retaliation (beatings, rapes, sexual assault)
- **Fear** – of physical retaliation, of death, or of arrest
- **Use and threat of reprisals against loved ones** – against children or family members
- **Shame** – about the activities they have been forced to perform
- **Self-blame** – brainwashed by the pimp to blame themselves
- **Dependency** – on the pimp after years of control
- **Debt bondage** – may have a debt to the pimp that they feel they need to pay off
- **Loyalty to the pimp** – Stolkholm syndrome, similarities to Battered Women's Syndrome
- **Social barriers and unfamiliarity with surroundings** – due to frequent movement
- **No personal ID or documentation** – which is often confiscated by the pimp
- **Distrust of law enforcement** – brainwashed to fear law enforcement by the pimp or learned distrust of law enforcement due to direct negative experiences
- **Isolation** – from others, from other support structures, from means of relief
- **Misinformation and false promises** – have been told lies or deceitful information
- **Hopelessness/Resignation** – feelings of no self-worth, disassociation, giving up, apathy
- **Lack of knowledge of social systems** – may not understand social service

Page | 6                                        Dancer Initials

**NICHOLSON_AHD_000074**

infrastructure or how and where to access help

## Why is it hard to identify domestic sex trafficking victims?

In addition to the above factors, the following factors also complicate the process of identifying domestic sex trafficking victims:

- **Frequent movement** – may not be in one place long enough to form social connections
- **Distrust of service providers** – generalized impressions and perceived judgmental attitudes
- **Lies and false stories** – may be self-generated or trained to tell lies, fake names, fake SSN
- **Rarely come into contact with institutional systems** – that are designed to help them
- **Low likelihood of multiple encounters** – within institutions or through doing outreach

## Indicators of Domestic Sex Trafficking

It is important to be on the look-out for potential indicators of trafficking. Although non-exhaustive, the following is a list of potential indicators. Each of these indicators may or may not be a tell-tale sign of domestic sex trafficking, but it is recommended that each be taken in an overall context of appearance, demeanor, and affect. Indicators include:

- Presence of an overly controlling and abusive 'boyfriend'
- Inability to look in the eyes or face of people, especially her 'boyfriend'
- Injuries/signs of physical abuse or torture
- Signs of malnourishment
- Restricted or controlled communication
- Demeanor - Fear, anxiety, depression, submissive, tense, nervous
- Claims of being an adult although appearance suggests adolescent features
- Lack of identification documents (ID, birth certificate, Social Security card)
- Presence of different aliases and ages
- Lack of knowledge of a given community or whereabouts
- Frequent movement
- Claims of "just visiting" and inability to clarify addresses
- Few or no personal possessions
- Few or no personal financial records
- Inconsistencies in their story
- Inappropriately dressed for court
- Reporting an excessive amount of sexual partners during a health check-up

Dancer Initials

NICHOLSON_AHD_000075

## POTENTIAL INDICATORS & RED FLAGS: IDENTIFYING VICTIMS OF HUMAN TRAFFICKING

*The following is a list of red flags to keep in mind when indicating a potential situation of or a victim of human trafficking. Taken individually, each indicator may not necessarily imply a trafficking situation. Furthermore, items on this list are not meant to be interpreted as present in all trafficking cases, nor is the list intended to be exhaustive. This list is intended to encompass transnational and domestic trafficking, as well as both sex and labor trafficking. Some indicators may be more strongly associated with one type of trafficking.*

**Common Work and Living Conditions:** The Individual(s) in Question...
- Is not free to leave or come and go as he/she wishes
- Is under 18 years of age and is providing commercial sex acts
- Is in the commercial sex industry and has a pimp/manager
- Owes a large and/or increasing debt and is unable to pay it off
- Was recruited through false promises concerning the nature and conditions of his/her work
- Is living or working in a location with high security measures (e.g. opaque or boarded-up windows, bars on windows, barbed wire, security cameras, etc.)

**Poor Mental Health or Abnormal Behavior:** The Individual(s) in Question...
- Exhibits unusually fearful, anxious, depressed, submissive, tense, or nervous/paranoid behavior
- Reacts with unusually fearful or anxious behavior at any reference to "law enforcement"
- Avoids eye contact
- Exhibits a flat affect

**Poor Physical Health:** The Individual(s) in Question...
- Exhibits unexplained injuries or signs of prolonged/untreated illness or disease
- Appears malnourished
- Shows signs of physical and/or sexual abuse, physical restraint, confinement, or torture

**Lack of Control:** The Individual(s) in Question...
- Has few or no personal possessions
- Is not in control of his/her own money, and/or has no financial records, or bank account
- Is not in control of his/her own identification documents (e.g. ID, passport, or visa)
- Is not allowed or able to speak for him/herself (e.g., a third party may insist on being present and/or interpreting)
- Has an attorney that he/she doesn't seem to know or to have agreed to receive representation services from

**Other:** The Individual(s) in Question...

Page | 8

Dancer Initials _____

**NICHOLSON_AHD_000076**

- Has been "branded" by a trafficker (e.g. a tattoo of the trafficker's name)
- Claims to be "just visiting" and is unable to clarify where he/she is staying or to provide an address
- Exhibits a lack of knowledge of whereabouts and/or does not know what city he/she is in
- Exhibits a loss of a sense of time
- Has numerous inconsistencies in his/her story

Page | 9

Dancer Initials _____

NICHOLSON_AHD_000077

### Human Trafficking Cheat Sheet | Polaris Project

**Overview**

- Human trafficking is a form of modern-day slavery.
- Human trafficking is prevalent in many countries around the world. Different countries may be primarily sites of origin, transit, destination, and/or internal trafficking.
- Cases of human trafficking have been reported in all fifty states of the United States.
- Human trafficking is a market-based economy that exists on principles of supply and demand. It thrives due to conditions which allow for high profits to be generated at low risk.

**What is Human Trafficking?**

- As defined in the Trafficking Victims Protection Act of 2000, the legal definition of "severe forms of trafficking in persons" is:

  a)    sex trafficking in which a commercial sex act is induced by force, fraud, or coercion, or in  which the person induced to perform such an act has not attained 18 years of age; or

  b)    the recruitment, harboring, transportation, provision, or obtaining of a person for labor or  services, through the use of force, fraud or coercion for the purpose of subjection to  involuntary servitude, peonage, debt bondage, or slavery.

- Under the legal definition, trafficking victims in the US can be divided into three populations:

  o  Minors (under age 18) induced into commercial sex;
  o  Adults age 18 or over involved in commercial sex via force, fraud, or coercion;
  o  Children and adults forced to perform labor and/or services in conditions of involuntary servitude, peonage, debt bondage, or slavery, via force, fraud, or coercion.

- Victims are trafficked for a wide variety of purposes, such as commercial sex, agricultural work, or housekeeping, yet they all share the loss of one of our world's most cherished rights—freedom.
- There is no one consistent face of a trafficking victim. Trafficked persons can be rich or poor, men or women, adults or children, and foreign nationals or US citizens.
- There is no one consistent face of a trafficker. Traffickers include a wide range of criminal operators, including individual pimps, small families or businesses, loose-knit decentralized criminal networks, and  international organized criminal syndicates.

Dancer Initials

**NICHOLSON_AHD_000078**

### Comparison Chart of Primary Sex Trafficking Networks in the U.S.

| | **Asian Networks** | **Latino Networks** | **Domestic Networks** |
|---|---|---|---|
| Locations of operation | Asian Massage Parlors (AMPs), room salons/hostess clubs, residential brothels, karaoke bars, escort services | Residential brothels, escort "delivery" services, hostess clubs/"cantinas," and some massage parlors | Street, hotels, residential brothels, strip clubs, some massage parlors, internet, truck stops, private parties |
| Trafficker profile | Older Asian female management in AMPs, male owners, enforcers, and transporters | Latino male controllers, recruiters, enforcers, transporters; pimps known as "padrotes" (father) | U.S. domestic male pimps, male and female recruiters and enforcers, male transporters |
| Victim profile | Predominantly South Korean women, and some Chinese and Thai women, often between ages of 18 and 55; rare minors | Predominantly Mexican, central American, and south American adult women and some minors | U.S. Citizen adults and minors; some Native Americans; avg. age of recruitment estimated at 12-14 |
| Demand profile (Johns) Open: All men Closed: Only some men | Middle to upper class working professionals; Asian men in 'closed' networks; some foreign business men | Entirely 'closed' network catering to Latino males | Open network that includes men of all backgrounds |
| Methods of recruitment | False promises of legitimate employment, internet chat rooms, in saunas/baths | False promise of marriage and opportunity; false promise of legitimate jobs | False promise of love and support; sometimes kidnapping or abduction |
| Methods of control | Physical isolation, language barriers, debt bondage, threats, threats of reports to immigration, psychological control, intimidation, controlled transportation | Physical abuse, rape, assault with weapons, debt bondage, threats of force, threats to family, threats of reports to immigration, sexual abuse of minors | Physical abuse, rape, assault with weapons, debt bondage, threats of force, sexual abuse of minors, threats to family or to children, control of drug supply, psychological control |
| Affiliation to gangs | Some have affiliation with Asian street gangs and/or organized crime | Some have affiliations with MS-13 and other Latino gangs | Some have affiliations with street gangs; some gangs directly engage in trafficking |
| Advertising mechanisms to attract customers | Classified ads, Asian newspapers, internet classifieds, phone directories, word of mouth, billboards | Fake business cards distributed person-to-person, word of mouth | Online sex ads, internet classifieds, local newspapers, phone directories, word of mouth, text messaging |
| Pricing structure/Cost per sex act | $60 per hour plus tips for AMPs; inflated prices for food and alcohol in room salons; average of 5 to 15 men a day | $30 for 15 minute sex act; avg. of 20 to 35 men a day; money usually taken by managers and 'padrotes' | Nightly quotas of $200 to $1,000; average of 7 to 15 men per day; all money kept by pimps/traffickers |
| Transnational and internal transportation structure | Smuggling through Canada and Mexico; overstaying legitimate visas; use of Korean "taxi" services | Smuggling through Mexico; transported via cargo vans or commercial buses between cities | Direct transportation by pimps; use of individual cars and/or commercial transportation lines |
| Support Structure that Facilitates Operations | Advertisers, landlords, active online john community | Advertisers, landlords | Advertisers, landlords, media, operators of hotels used heavily by pimps, taxis |

Dancer Initial

**NICHOLSON_AHD_000079**

**In Their Shoes: Understanding Victims' Mindsets and Common Barriers to Victim Identification**

*The following document outlines a wide variety of both physical and psychological reasons why trafficked persons cannot or will not leave a trafficking situation. The list is inclusive of both sex and labor trafficking operations, as well as foreign-born and U.S. citizen victims. Items on this list are not meant to be interpreted as present in all trafficking cases, neither is this list intended to be exhaustive.*

- **Captivity/Confinement**
  - Past examples have included victims being locked indoors, held in guarded compounds, or locked in trunks of cars.
- **Frequent accompaniment/guarded**
  - In many trafficking networks, victims' public interactions are mediated, monitored, or entirely controlled. In certain severe cases, victims have been controlled by armed guards.
- **Use and threat of violence**
  - Severe physical retaliation (beatings, rape, torture) are combined with threats to hold victims in a constant state of fear and obedience.
- **Fear**
  - Fear manifests in many ways in a trafficking situation, including fear of physical retaliation, of death, of arrest, or of harm to one's loved ones.
- **Use of reprisals and threats of reprisals against loved ones or third parties**
  - Traffickers target reprisals at children, parents, siblings, and friends, or other trafficking victims.
- **Shame**
  - Victims from all cultures and in both sex and labor cases may be profoundly ashamed about the activities they have been forced to perform. Self-blame links closely to low self-esteem.
- **Self-blame**
  - In the face of an extremely psychologically manipulative situation, trafficked persons may engage in self-blaming attitudes and blame themselves for being duped into a situation beyond their control. Self-blaming attitudes are often reinforced by the traffickers and can serve to impede the victim from testifying against or faulting the trafficker.
- **Debt bondage**
  - Traffickers create inflated debts that victims cannot realistically pay off. These debts are often combined with accruing interest or small fees to ensure that the victim stays in the debt situation.
- **Traumatic bonding to the trafficker**
  - In many trafficking cases, victims have exhibited commonly-known behaviors of traumatic bonding due to the violence and psychological abuse (a.k.a., Stockholm syndrome).
- **Language and social barriers**
  - Feelings of unfamiliarity or fear of the unknown provide obstacles to leaving a trafficking situation. These feelings are exacerbated by social barriers.

Dancer Initials

NICHOLSON_AHD_000080

- **Distrust of law enforcement or service providers**
  - In many cases, traffickers are known to brainwash victims into a false distrust of law  enforcement, government officials, and service providers.  Victims also may have had  negative past experiences with institutional systems, which also impact trust levels.
- **Isolation**
  - Traffickers purposefully isolate victims from a positive support structure and foster controlled  environments where the victim is kept in a state of complete dependency.  High levels of  dependency and learned helplessness often lead victims to 'prefer the hell they know' than  face the uncertainty of adapting to a new world of independence.
- **False promises**
  - Traffickers use sophisticated methods of manipulating the human desire to hope through false  promises and lies about a future better life.  Victims who are children are especially    vulnerable to these false promises.
- **Hopelessness and resignation**
  - In the face of extreme control, violence, and captivity, notions of hope may fade over time  towards states of hopelessness and resignation.
- **Facilitated drug addiction**
  - In certain trafficking networks, traffickers provide addictive substances to their victims to foster  longer-term drug addiction and monetary dependency.
- **Psychological trauma**
  - Many trafficking victims experience significant levels of psychological trauma due to the  levels of abuse they have endured.   In certain cases, this trauma leads to disassociation,   depression, anxiety disorders, and post-traumatic stress disorder, which in turn affects  daily functioning and levels of agency.
- **Lack of awareness of available resources**
  - Victims may not leave a situation due to a lack of awareness of any resources or services  designed to help them.  Traffickers purposefully control the information that victims receive.
- **Low levels of self-identifying as trafficking victims**
  - The majority of trafficking victims do not self-identify as victims of human trafficking. They may  be unaware of the elements of the crime or the Federal criminal paradigm designed to  protect them.
- **Normalization of exploitation**
  - Over a long period of enduring severe levels of trauma, physical abuse, and psychological  manipulation, victims demonstrate resilience strategies and defense mechanisms that  normalize the abuse in their minds.  In a relative mental assessment, what once may have  been viewed as abuse may now be experienced as a normal part of everyday life. This  changing "lens" on viewing the world impacts the ability to self-identify as a victim.

- **A belief that no one cares to help**

Page | 13

Dancer Initials

**NICHOLSON_AHD_000081**

○   Trafficking victims may believe that no one cares to help them, a belief that is reinforced both by traffickers' lies but also when community members do not take a strong stance against trafficking. When the community is silent on the issue, traffickers' power is increased and feelings of hopelessness are sustained.

In addition to all the above-stated reasons, numerous additional factors contribute to the difficulty of trafficking victim identification. These factors include:

- The **frequent movement of victims** fosters a **low likelihood of multiple encounters** with law enforcement or service providers. Victims may not be in one place long enough for a meaningful intervention.
- Victims may be **trained to tell lies or canned stories** to the organizations that are there to help them.
- Victims **rarely come into contact with institutional systems.**
- **Untrustworthy or corrupt interpreters** may impact the course of effective service provision.

Signature: _____

Printed Name: _____

Date: _____

Page | 14

Dancer Initials _____

NICHOLSON_AHD_000082