IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHANEL E.M. NICHOLSON, on behalf of herself and other similarly situated Plaintiffs,<br><br>*Plaintiff,*<br><br>v.<br><br>A.H.D. HOUSTON, INC. d/b/a CENTERFOLDS; W.L. YORK, INC. d/b/a THE COVER GIRLS; D WG FM, INC d/b/a SPLENDOR, D. TEXAS INVESTMENTS INC / AHD HOUSTON d/b/a TREASURES GENTLEMENS CLUB; ALI DAVARI and HASSAN DAVARI,<br><br>*Defendants.* | § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 4:23-cv-01025<br><br>JURY TRIAL DEMANDED |

### DEFENDANTS' MOTION FOR EMERGENCY HEARING OR EXPEDITED CONSIDERATION OF MOTION TO ENFORCE SETTLEMENT AGREEMENT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Defendants A.H.D. Houston, Inc., d/b/a Centerfolds, W.L. York, Inc., d/b/a The Cover Girls, D WG FM, Inc., d/b/a Splendor and D. Texas Investments, Inc., file this Motion for Emergency Hearing or Exptedited Consideration of its Motion to Enforce Settlement Agreement (Dkt. 38).

### INTRODUCTION AND BACKGROUND

This case is currently set for Docket Call on August 16, 2024 and set on this Court's Jury Trial docket for August 19, 2024. As more fully set forth in Defendants' Motion to Enforce Settlement Agreement (Dkt. 38), which is incorporated by reference as if fully set forth herein, on August 1, 2024, the undersigned and Mr. Mirabel agreed to settle this case. On August 2, 2024,

the undersigned sent Mr. Mirabel a Notice of Settlement that was to be filed with this Court and Mr. Mirabel responded, again confirming the case was settled, but asked that language in the Notice of Settlement be changed. At 4:57 p.m. on August 2, 2024, the undersigned filed the Notice of Settlement with this Court. *See* Dkt. 36. It was at 7:43 p.m. on August 2, 2024, that Mr. Mirabel wrote "Casey: ***there may be a change of mind on settlement*** by plaintiffs . . ." *See* Exhibit "D" to Dkt. 38 (email from Mr. Mirabel, emphasis added).

## EMERGENCY MOTION

Today, August 6, 2024, Defendants filed their Motion to Enforce Settlement Agreement. (Dkt. 38). Pursuant to the Federal Rules of Civil Procedure and the Local Rules of this Court, the response to the Motion to Enforce Settlement Agreement is August 27, 2024. With mindfulness of the pending Docket Call and Trial Setting to occur before August 27, 2024, Defendants respectfully ask this Court to either set a hearing on the Motion to Enforce Settlement Agreement or consider the Motion to Enforce Settlement Agreement on the earliest possible date, not to exceed August 16, 2024.

## CONCLUSION

Defendants respectfully request that this Court either set a hearing on the Motion to Enforce Settlement Agreement or consider the Motion to Enforce Settlement Agreement on the earliest possible date, not to exceed August 16, 2024.

Respectfully submitted,

**WALLACE & ALLEN, LLP**

*/s/ Casey T. Wallace*
Casey T. Wallace
State Bar No. 00795827
SDTX Bar. No. 20117
440 Louisiana, Ste. 590
Houston, Texas 77002
Telephone: (713) 227-1744
Facsimile: (713) 600-0034
cwallace@wallaceallen.com
**ATTORNEY IN CHARGE FOR DEFENDANTS**

**OF COUNSEL FOR DEFENDANTS:**

Benjamin W. Allen
State Bar No. 24069288
SDTX Bar No. 1058996
440 Louisiana, Ste. 590
Houston, Texas 77002
Telephone: (713) 227-1744
Facsimile: (713) 600-0034
ballen@wallaceallen.com

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this pleading has been served on the following attorneys of record in accordance with the Federal Rules of Civil Procedure on August 6, 2024.

Eric P. Mirabel
3783 Darcus St.
Houston, Texas 77005
Tel: 281-772-3794
Fax: 713-667 4234
eric@emirabel.com
**ATTORNEY FOR PLAINTIFFS**

*/s/ Casey T. Wallace*
Casey T. Wallace

-3-

**CERTIFICATE OF CONFERENCE**

I have conferred with counsel for Plaintiffs, Mr. Eric Mirabel, and he informed me that three of his clients had changed their mind on the settlement and that they were therefore opposed to the relief sought herein.

<div align="center" style="margin-left:50%">

*/s/ Casey T. Wallace*
Casey T. Wallace

</div>