

When you subpoenaed me Eric told me I'd BETTER NOT show up or he wasn't going to give me half of his earnings from the case . I know I didn't sell you anything but that's what his demented little mind thinks .  He yelled at me and called me everything in the book ! But he said I better not EVER SHOW UP in "his 😂" courtroom . Because I told you a bunch a secrets . He's crazy . For a while liosha backed out of the case Because he

iMessage

**EXHIBIT**

**C**



**4:47**

**+1 (713) 885-1756** >

bunch a secrets . He's crazy . For a while liosha backed out of the case Because he made her feel so uncomfortable by inviting her to his "office" that in the second story of his home and feeling her up and trying to kiss her , so she disappeared, y'all just didn't know it , he told me that she got killed by her boyfriend in Jamaica and that she was dead . I called her a few days after the TINY settlement offer and she picked right up and I talked with her and

iMessage



**4:48**

**‹ 1**

**+1 (713) 885-1756 ›**

inviting her to his "office" that in the second story of his home and feeling her up and trying to kiss her , so she disappeared, y'all just didn't know it , he told me that she got killed by her boyfriend in Jamaica and that she was dead . I called her a few days after the TINY settlement offer and she picked right up and I talked with her and made her feel comfortable again, but that was before he told me not to come into his courtroom .

iMessage