IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHANEL E.M. NICHOLSON, on behalf of herself and other similarly situated Plaintiffs, | § § § § | |
| *Plaintiff,* | § § § | |
| v. | § § | CIVIL ACTION NO. 4:23-cv-01025 |
| A.H.D. HOUSTON, INC. d/b/a CENTERFOLDS; W.L. YORK, INC. d/b/a THE COVER GIRLS; D WG FM, INC d/b/a SPLENDOR, D. TEXAS INVESTMENTS INC / AHD HOUSTON d/b/a TREASURES GENTLEMENS CLUB; ALI DAVARI and HASSAN DAVARI, | § § § § § § § § § § § | JURY TRIAL DEMANDED |
| *Defendants.* | § | |

## DEFENDANTS' SUPPLEMENT TO THE MOTION FOR PROTECTIVE ORDER

TO THE HONORABLE JUDGE ALFRED H. BENNETT:

1.      Movants take no pleasure in documenting the abhorrent misconduct of opposing counsel in support of their Motion for Protective Order seeking relief from this Court.  Yet the persistent misconduct of Mr. Eric Mirabel in obstructing the search for the truth and inhibiting the defense to avail itself of lawful subpoena power necessitates this Court's exercise of its inherent authority to remedy the problems caused by counsel.

2.      On December 6, 2024, Defendants filed their Motion for Protective Order to obtain relief from opposing counsel's shocking behavior and his attempts to intimidate and tamper with witnesses. *See* Docket Entry 68. The Motion was served upon Plaintiffs' counsel that very day.

3.      Astonishingly, counsel's unprofessional conduct continued thereafter, when he sent more e-mail communication to Ms. Chanel Nicholson – a witness that has been subpoenaed to appear before this Court. *See* Exhibit "A". This is just a sampling of what he said:

> 2 Questions.  What does 'a face like he's celebrating Halloween' mean?  Happy?  Scary?  Insult?  Compliment?  Do you have a copy of the text you sent in August that I'm the best ever at eating your [* * *]?  Can you re send?  I deleted mine if you don't have it Do you stand by the statement?
>
> You started working w Casey in May.  He [* * *] you in every orifice figuratively speaking because of your evil greed for a nonexistent malpractice case.  I busted ass for 3 years based on your lies about working CGs til late 2017.  You got fired for sucking [* * *] after 5 days there in 2016  You're a ficjinh Street RETARD Wallace didn't pay [* * *] and you became his [* * *].  Stupid evil {* * *}.

*See* Exhibit "A" at p. 1 and 5.

4.      Mr. Mirabel is directly calling a subpoenaed witness a liar, ramps it up by calling her the undersigned's whore, and finishes it off by calling her a c***.  This simply has to stop.  Counsel's conduct is becoming increasingly bizarre and erratic, and his un-veiled attempts to intimidate witnesses must not be countenanced.

5.      The Defendants respectfully pray that this Court protect it from the conduct of Plaintiffs' counsel and that due to the conduct described above that the Court dismiss this case in its entirety and to sanction counsel for his conduct, requiring him to pay for all costs and attorneys' fees associated with bringing this Motion. Defendants further pray for such other relief in law and in equity that they show themselves to be entitled.

Respectfully submitted,

**WALLACE & ALLEN, LLP**

 */s/ Casey T. Wallace*
Casey T. Wallace
State Bar No. 00795827
SDTX Bar. No. 20117
440 Louisiana, Ste. 590
Houston, Texas 77002
Telephone: (713) 227-1744
Facsimile: (713) 600-0034
cwallace@wallaceallen.com
**ATTORNEY IN CHARGE FOR
DEFENDANTS**

**OF COUNSEL FOR DEFENDANTS:**

Benjamin W. Allen
State Bar No. 24069288
SDTX Bar No. 1058996
440 Louisiana, Ste. 590
Houston, Texas 77002
Telephone: (713) 227-1744
Facsimile: (713) 600-0034
ballen@wallaceallen.com

## CERTIFICATE OF CONFERENCE

I certify that I conferred with Mr. Mirabel via e-mail regarding his position on this Supplement to the Motion for Protection. Mr. Mirabel indicated he was opposed to the relief requested herein

*/s/ Casey T. Wallace*
Casey T. Wallace

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this pleading has been served on the following attorneys of record in accordance with the Federal Rules of Civil Procedure on December 10, 2024.

Eric P. Mirabel
3783 Darcus St.
Houston, Texas 77005
Tel: 281-772-3794
Fax: 713-667 4234
eric@emirabel.com
**ATTORNEY FOR PLAINTIFF**

*/s/ Casey T. Wallace*
Casey T. Wallace