## UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

Chanel E. M. Nicholson, et al.

v.                                                    Case Number: 4:23−cv−01025

AHD Houston Inc, et al.

---

## NOTICE OF HEARING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN
SCHEDULED AS SET FORTH BELOW.**

Miscellaneous Hearing set for 1/17/2025 at 09:00 AM before Judge Alfred H Bennett.

**PLACE**
Courtroom 9A
Houston Division
515 Rusk Avenue
Houston, Texas 77002

Date: December 20, 2024

Nathan Ochsner, Clerk, Clerk
s/ 4 LisaREdwards, Deputy Clerk