**EXHIBIT B**

**epmira@gmail.com**

| | |
|---|---|
| **From:** | Chanel Ellese <chanelellese@gmail.com> |
| **Sent:** | Friday, November 22, 2024 3:40 PM |
| **To:** | epmira@gmail.com |
| **Subject:** | Re: FW: FW: re: Nicholson, et al v. A.H.D. Houston, Inc., et al CIVIL Action Number: 4:23-cv-01025, Trial Status: Set to Start Aug. 19, 2024 |

Yes we need to talk , unblock me so I can call you .

On Fri, Nov 22, 2024 at 1:08 PM <epmira@gmail.com> wrote:
Sorry, this went to spam and I just saw it. Need to talk?

-----Original Message-----
From: Chanel Ellese <chanelellese@gmail.com>
Sent: Thursday, November 7, 2024 1:42 AM
To: epmira@gmail.com
Subject: Re: FW: re: Nicholson, et al v. A.H.D. Houston, Inc., et al CIVIL Action Number: 4:23-cv-01025, Trial Status: Set to Start Aug. 19, 2024


Hi , I've spoken with Casey , just giving you the courtesy of letting you know , I'm not trying to record you , I just have something's I need to tell you and if you feel uncomfortable with what I'm saying you can Always hang up . Try to call me on the morning before 10:30 if possible.  Thanks , Chanel .

On Sat, Aug 31, 2024 at 4:20 PM Chanel Ellese <chanelellese@gmail.com <mailto:chanelellese@gmail.com> > wrote:


   This is a courtesy email to let you know that you will be being served soon. Thank you. All the best

   On Thu, Aug 15, 2024 at 2:59 PM Chanel Ellese <chanelellese@gmail.com <mailto:chanelellese@gmail.com> > wrote:


      Why would you expect for them not to talk to ME , when I'm the only one of us that's showing them respect and compassion. ? These girls hate you at this point and I understand why . Because I heard how awful your words are I know how you talk to women I know how you treat black strippers . With ZERO RESPECT. Who THE FUCK DO YOU THINK YOU ARE to be disrespectful to these women ? Wtf is wrong with you ?

      On Thu, Aug 15, 2024 at 2:53 PM Chanel Ellese <chanelellese@gmail.com <mailto:chanelellese@gmail.com> > wrote:


         What's going to happen is , CASEY is going to ask them how they feel about you personally and that's going to give him more ammunition to make you look like what he's painting you to be and

he's going to say "you forced these women to do this so you can get paid and they can get a cash break you treated them like they were beneath you but they had no choice but to go with everything your making them do because they need the money , your narcissistic and mean to these women so they're scared to go against you and they have no one else " but they are going to say the truth on the stand Eric . Protecting your image isn't important to the girls AT ALL so you need to make them understand that your nice and kind and your not as racist as the devaris , cause right now your worse than the devaris IVE NEVER HAD SOMEONE TALK TO ME AND OTHERS AROUND ME THE WAY THAT YOU DO .  YOUR ACTING LIKE YOUR A RACIST AT THIS PONT  TREATING THESE BLACK WOMEN THIS WAY , THESE WOMEN HAVNT DONE ANYTHING TO YOU TO DESERVE THIS TYPE OF TREATMENT YOU NEED TO STOP , NOW ! Or your not going to win

On Tue, Aug 13, 2024 at 6:13 PM <epmira@gmail.com <mailto:epmira@gmail.com> > wrote:


No I can't all my accounts are monitored


From: Chanel Ellese <chanelellese@gmail.com <mailto:chanelellese@gmail.com> >
Sent: Tuesday, August 13, 2024 4:47 PM
To: epmira@gmail.com <mailto:epmira@gmail.com>
Subject: Re: FW: re: Nicholson, et al v. A.H.D. Houston, Inc., et al CIVIL Action Number: 4:23-cv-01025, Trial Status: Set to Start Aug. 19, 2024



Bae

On Tue, Aug 13, 2024 at 3:35 PM Chanel Ellese <chanelellese@gmail.com <mailto:chanelellese@gmail.com> > wrote:

If so , Zelle me , whatever you think is fine


On Tue, Aug 13, 2024 at 11:21 AM <epmira@gmail.com <mailto:epmira@gmail.com> > wrote:

I called u now


From: Chanel Ellese <chanelellese@gmail.com <mailto:chanelellese@gmail.com> >
Sent: Tuesday, August 13, 2024 11:20 AM
To: epmira@gmail.com <mailto:epmira@gmail.com>

Subject: Re: FW: re: Nicholson, et al v. A.H.D. Houston, Inc., et al CIVIL Action Number: 4:23-cv-01025, Trial Status: Set to Start Aug. 19, 2024

Everytime I've called it goes straight to voicemail

On Tue, Aug 13, 2024 at 11:19 AM <epmira@gmail.com <mailto:epmira@gmail.com> > wrote:

Yourre not blocked  281 772 3794

From: Chanel Ellese <chanelellese@gmail.com <mailto:chanelellese@gmail.com> >
Sent: Tuesday, August 13, 2024 10:10 AM
To: epmira@gmail.com <mailto:epmira@gmail.com>
Subject: Re: FW: re: Nicholson, et al v. A.H.D. Houston, Inc., et al CIVIL Action Number: 4:23-cv-01025, Trial Status: Set to Start Aug. 19, 2024

That's why I

Keep saying CALL ME , I can't call you , you have me blocked

On Mon, Aug 12, 2024 at 3:40 PM <epmira@gmail.com <mailto:epmira@gmail.com> > wrote:

Call is the only way to de that

From: Chanel Ellese <chanelellese@gmail.com <mailto:chanelellese@gmail.com> >
Sent: Monday, August 12, 2024 3:39 PM
To: epmira@gmail.com <mailto:epmira@gmail.com>
Subject: Re: FW: re: Nicholson, et al v. A.H.D. Houston, Inc., et al CIVIL Action Number: 4:23-cv-01025, Trial Status: Set to Start Aug. 19, 2024

HIGHLY CONFIDENTIAL - EYES OF COUNSEL ONLY

Because I need to have a conversation with you

On Mon, Aug 12, 2024 at 3:37 PM <epmira@gmail.com <mailto:epmira@gmail.com> > wrote:

Write me here don't text me, wha't s the difference? We can talke on phone

From: Chanel Ellese <chanelellese@gmail.com <mailto:chanelellese@gmail.com> >
Sent: Monday, August 12, 2024 2:43 PM
To: epmira@gmail.com <mailto:epmira@gmail.com>
Subject: Re: FW: re: Nicholson, et al v. A.H.D. Houston, Inc., et al CIVIL Action Number: 4:23-cv-01025, Trial Status: Set to Start Aug. 19, 2024

What's going on with corina ?! I'm just getting back home so I was able to read the whole email ! **, I need you to unblock me because WE NEED TO TALK** . I need to tell you EVERYTHING!

On Mon, Aug 12, 2024 at 12:11 PM <epmira@gmail.com <mailto:epmira@gmail.com> > wrote:

That's a very nice offer. I'm going to talk w Jalaycia soon as she gets her phone turned back on, and ask her who she wants to help her. For Corina Castro, no help will be coming from me at his point. That may change depending on if she starts responding to me or not. Eric

From: Chanel Ellese <chanelellese@gmail.com <mailto:chanelellese@gmail.com> >
Sent: Monday, August 12, 2024 11:04 AM
To: epmira@gmail.com <mailto:epmira@gmail.com>
Subject: Re: FW: re: Nicholson, et al v. A.H.D. Houston, Inc., et al CIVIL Action Number: 4:23-cv-01025, Trial Status: Set to Start Aug. 19, 2024

Do you need me to get the girls together , appearance wise ? Call me .

On Sun, Aug 11, 2024 at 7:56 PM Chanel Ellese <chanelellese@gmail.com <mailto:chanelellese@gmail.com> > wrote:

Cool , thanks for reassuring me .

On Sun, Aug 11, 2024 at 6:09 PM Chanel Ellese <chanelellese@gmail.com> <mailto:chanelellese@gmail.com> > wrote:

Are we still on agreement to our plan before ? I won't come .

On Sun, Aug 11, 2024 at 4:16 PM <epmira@gmail.com> <mailto:epmira@gmail.com> > wrote:

Please be sure to obey your subpoena, but please understand that I will be preparing for you as an adverse (enemy) witness. In view of that status, I won't discuss this further until after trial. We can talk again after that

From: Chanel Ellese <chanelellese@gmail.com> <mailto:chanelellese@gmail.com> >
Sent: Sunday, August 11, 2024 4:12 PM
To: epmira@gmail.com <mailto:epmira@gmail.com>
Subject: Re: FW: re: Nicholson, et al v. A.H.D. Houston, Inc., et al CIVIL Action Number: 4:23-cv-01025, Trial Status: Set to Start Aug. 19, 2024

I also don't have ANY INFORMATION TO HELP HIM WITH and I never have any

On Sun, Aug 11, 2024 at 4:04 PM <epmira@gmail.com> <mailto:epmira@gmail.com> > wrote:

Also, I'm getting confused on what you told Casey, because in your email yesterday you said Casey "will mention the subpoena and convince your jurors I didn't come because your a sick digusting old man that made me go to the club and get rejected, and these girls are making all of this up . Because I told him that on the phone !" I think that will be damaging to our case when you come in response to your subpoeana and repeat it; or deny it, and then a witness for them says they heard it. You are now his witness, helping him; opposed to us; I will seek to get you off the witness stand as quickly as possible, and will not ask you any questions about your story. Casey will not have you tell your story either, of course. He'll just ask for things that help him. So I'm very confused as to how you think you can be his witness and ours; but it will not be through questions by me after you come and testify as his witness.And he won't ask you either.

From: Chanel Ellese <chanelellese@gmail.com <mailto:chanelellese@gmail.com> >
Sent: Sunday, August 11, 2024 1:19 PM
To: epmira@gmail.com <mailto:epmira@gmail.com>
Subject: Re: FW: re: Nicholson, et al v. A.H.D. Houston, Inc., et al CIVIL Action Number: 4:23-cv-01025, Trial Status: Set to Start Aug. 19, 2024


Hey Eric , let's just practice on how to avoid Casey's questions, I never told him ANYTHING ABOUT ANYTHING. But me not being there will give him the opportunity to say I said things that I did not , me being there will stop him from lying about anything we talked about . Me not being there HE CAN SAY ANYTHING, because I'm not there . ==I also want to get paid as well because you started this WITH ME every large milestone came from ME such as andy and the other girls .== Not letting me share my story to make a difference for my community is hurting me to an extent you don't understand and never will because you haven't had one black experience IN YOUR LIFE . I'm not ever going to use our emails for anything or to show anyone anything so stop thinking that , I'm not grimey . You trust the people that ARE GRIMEY but you won't trust me . Me not being there IS GOING TO SPEAK TERRIBLE VOLUMES from Casey side me not being there BENEFITS HIM TO AN EXTREME AND I don't think you see that... now me being there and you help me answer the questions how I'm supposed to and allowing me to use my 5th amendment right or what ever , like you said YOUR THE ATTORNEY so just tell me how to answer his bull shit questions. Also ==IVE NEVER GIVEN HIM ANY INFORMATION ABOUT ANYTHING !==


On Sat, Aug 10, 2024 at 3:40 PM <epmira@gmail.com <mailto:epmira@gmail.com> > wrote:

I just can't right now, I"ll call later


From: Chanel Ellese <chanelellese@gmail.com <mailto:chanelellese@gmail.com> >
Sent: Saturday, August 10, 2024 3:39 PM
To: Eric P. Mirabel <epmira@gmail.com <mailto:epmira@gmail.com> >
Subject: Re: FW: re: Nicholson, et al v. A.H.D. Houston, Inc., et al CIVIL Action Number: 4:23-cv-01025, Trial Status: Set to Start Aug. 19, 2024

Or call me if your more comfortable that way ? I would NEVER EVER do anything to hurt you even though you stab me in the back when ever you can .

On Sat, Aug 10, 2024 at 2:47 PM Chanel Ellese <chanelellese@gmail.com <mailto:chanelellese@gmail.com> > wrote:

Also , I'm not going to use these messages against you so you don't have to say "no comment " I've stood by you this entire time and your telling me I can't be a part of this difference because your scared of Casey ? Or do you like to just hurt me ?

On Sat, Aug 10, 2024 at 2:36 PM Chanel Ellese <chanelellese@gmail.com <mailto:chanelellese@gmail.com> > wrote:

Ok , Eric , all I'm saying is ME not being there LOOKS VERY VERY BAD . And your also taking something from me that's been my baby for 3 years . ==I know you don't care about anyone but yourself but you really need to think about what you asked me to do , it's not a good idea, casey will mention the subpoena and convince your jurors I didn't come because your a sick digusting old man that made me go to the club and get rejected, and these girls are making all of this up . Because I told him that on the phone ! And I'm not there to call him a liar all he has to do is show the phone records .== If I'm not there casey is going to bury you . ==But I won't go .  Just make sure you stick to what you said , idk if I can trust you because you started this whole case with a lie !==

On Sat, Aug 10, 2024 at 2:28 PM Eric P. Mirabel <epmira@gmail.com <mailto:epmira@gmail.com> > wrote:

==I said no such thing==

On Sat, Aug 10, 2024 at 2:26 PM Chanel Ellese <chanelellese@gmail.com <mailto:chanelellese@gmail.com> > wrote:

==You already made your comments , you threaten me I have no choice but to protect my self and see it through with a promise , you intentionally fuck over me it won't end well==

On Sat, Aug 10, 2024 at 12:54 PM Eric P. Mirabel <epmira@gmail.com

<mailto:epmira@gmail.com> > wrote:

No comment

On Sat, Aug 10, 2024 at 12:52 PM Chanel Ellese <chanelellese@gmail.com <mailto:chanelellese@gmail.com> > wrote:

you will stab me in the back ANY TIME ! No matter how much I show my loyalty to you. So you said to ignore my subpoena? Did you talk to liosha about uncomfortable she was after you touched on her , it made her run away from you , to the other side , you have your head so far up your ass that you don't even pay attention to the important details of what Casey asked me . You still don't know . I'm not an Uber driver I was offering my help so I can tell what happened TO ME ! Let Casey question me subpoena me so you can rebuttal. I didn't give him ANYTHING OF IMPORTANCE AND I DIDNT EVER SAY I WILL SELL MY TESTIMONY , I was very careful with my words what I said was , I'm will NOT COOPERATE UNLESS WE COME TO AN AGREEMENT. COOPERATE MEANS to ME that -

to associate with another or others for mutual benefit.

The only Benefit he would have gotten was the answers to his questions , and you don't even know what they are . But every answer WAS IN THE FAVOR OF ME AND YOU ! The end ! Not letting me play my part is fucked up , turning against me is fucked up when I've always had your back I had to convince liosha TO LIEEEEEEEE on the fucking stand FOR YOU !!

On Sat, Aug 10, 2024 at 12:29 PM Chanel Ellese <chanelellese@gmail.com <mailto:chanelellese@gmail.com> > wrote:

Where do you want to meet?

On Sat, Aug 10, 2024 at 12:28 PM Chanel Ellese <chanelellese@gmail.com <mailto:chanelellese@gmail.com> > wrote:

Can you RESPOND?

On Sat, Aug 10, 2024 at 11:36 AM Chanel Ellese <chanelellese@gmail.com <mailto:chanelellese@gmail.com> > wrote:

Can you stop with the bipolar shit just until the case is settled and done . I'm putting in my own money to get the girls looking PROFESSIONAL and pretty ! Court is just a MIND GAME !!!  I understand that you think your smarter than everyone but your not , your letting Casey scare you and manipulate you , ==my testimony is very important. I never told him he could buy information from me. I told him I would cooperate with answering his questions.== But you don't know what his questions are Eric ! Your focused on the fact that he talked to me about nothing AT ALL !

On Sat, Aug 10, 2024 at 11:31 AM Chanel Ellese <chanelellese@gmail.com <mailto:chanelellese@gmail.com> > wrote:

==Wtf is wrong with you ?!! You threaten me 30 mins after you invite me to lunch ?!! If your going to threaten me THEN IM GOING TO THREATEN YOU ! I'm going to treat you just like your treating me ! So if you want to say that your not going to pay me half of your fee , because I switched sides  is INSANE behavior!== Why would I get all the girls together just to fuck over you ?!! Why would I find liosha ( even though you said her boyfriend killed her ) you are not thinking straight AT ALL ! I honestly can't even believe that your acting like this because I spoke with Casey ABOUT NOTHING that's why he has no recordings because I never gave him anything to record . You won't even let me tell you what he asked me , ==I KNOW HIS STRATEGY AND I WANT TO TELL YOU SO YOU CAN BE AHEAD OF HIM !== Stop treating me like someone who doesn't have your back , you can brief me if you need to but I never told him anything I HAD YOUR BACK THE ENTIRE TIME . I was looking out for my family and my life Eric but I was also protecting you . ==And you tell me if I come to court to fight for MY RIGHTS that you aren't going to pay me ?! What is wrong with you ? You need to call me so I can atleast tell you what Casey was saying and the questions he was asking me , he was asking me questions that he's going to use and it's some fucked up shit , so you need to pull your head OUT OF YOUR ASS AND CALL ME OR WE CAN MEET FOR DINNER ,==the case is more important than our sad little feelings right now , I'm not afraid of Casey AT ALL and you shouldn't be either ,== I'm ON YOUR TEAM !== Your nicer to liosha more than you are to me and she GHOSTED you and left you out to hang and dry !

Stop this weird bullshit Eric and stay focused!