Motion to Exclude Third-Party Interference

United States Courts
Southern District of Texas
FILED

FEB 07 2025

Nathan Ochsner, Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

LIOSHA WILLIAMS, et al.,

Plaintiffs,

v.

AHD HOUSTON INC., et al.,

Defendants.

CIVIL ACTION NO. 4:23-CV-01025

PLAINTIFFS' MOTION TO EXCLUDE THIRD-PARTY INTERFERENCE

TO THE HONORABLE JUDGE ALFRED H. BENNETT:

Plaintiffs Liosha Williams, Destiny Ilori, Jalaycia Declouet, Lindsey Smith, and Corina Castro respectfully move this Court to exclude third-party interference from Chanel Nicholson, a non-party to this lawsuit, and to prohibit Defendants and their legal counsel from engaging in settlement discussions or any other case-related matters with her.

I. Background

1. Chanel Nicholson is not a party to this lawsuit. She was previously involved but is no longer a plaintiff.

2. On 02/04/2025 Defendants and their counsel, Casey Wallace, continue to communicate with Nicholson regarding this case, despite her lack of standing.

3. On 02/04/2025 Nicholson has attempted to negotiate settlement terms on behalf of Plaintiffs without authorization.

4. Her involvement creates improper influence and confusion in these legal proceedings.

II. Legal Basis

The Court has the authority to prevent unauthorized third-party interference to ensure that all negotiations, filings, and legal discussions remain between the actual parties to the case.

Allowing an outsider to influence the proceedings risks compromising the integrity of the process.

III. Request for Relief

Plaintiffs respectfully request the Court to:

1. Order Defendants and their legal counsel to cease all case-related discussions with Chanel Nicholson.

2. Prohibit Nicholson from interfering with this case, including unauthorized communications regarding settlement negotiations.

3. Issue any further relief as the Court deems necessary to protect the integrity of these proceedings.

Respectfully submitted,

Destiny Ilori

On behalf of Plaintiffs

(832) 907-0104

Butler.destiny89@gmail.com