United States District Court
Southern District of Texas
**ENTERED**
August 21, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CHANEL E.M. NICHOLSON, *et al.*, | § |
| Plaintiffs, | § § § |
| VS. | §  CIVIL ACTION NO. 4:23-CV-01025 |
| AHD HOUSTON INC, *et al.*, | § § § |
| Defendants. | § |

## ORDER PROHIBITING CHANEL NICHOLSON FROM ENTERING THE UNITED STATES COURTHOUSE IN HOUSTON, TEXAS

The Court finds that Ms. Nicholson has engaged in a pattern of disruptive and harassing conduct. By way of background, Ms. Nicholson was initially required to be escorted by Court Security Officers due to her unpredictable behavior. She was later barred from the 5th floor for harassing staff in the Clerk's Office. On June 17, 2025, after being denied access to the 5th floor, Ms. Nicholson refused to follow lawful orders to leave the premises. As a result, Ms. Nicholson was arrested by the Deputy U.S. Marshals and transferred to the Federal Protective Service who ticketed and released her. That same day, the undersigned issued an oral order banning Ms. Nicholson from the Courthouse.

Despite being a dismissed Plaintiff in two cases (4:23-cv-1025 and 4:21-cv-2624), Ms. Nicholson continues to file countless frivolous filings. Further, Ms. Nicholson has impersonated other litigants and engaged in telephone harassment of courthouse staff that resulted in a report being filed with the Houston Police Department. In light of her ongoing disruptive conduct and the safety risk posed to courthouse personnel, this written order formalizes the ban on Ms. Nicholson's access to the United States Courthouse in Houston, Texas.

Accordingly, the Court orders the following:

1. Ms. Nicholson is PROHIBITED from entering the United States Courthouse at 515 Rusk St., Houston, Texas 77002, unless she first presents to the United States Marshals Service documentation indicating that she has obtained written permission to enter the building signed by a United States District Judge in connection with a pending case in federal court. With such permission, Ms. Nicholson is permitted to conduct approved business only while being escorted by a Deputy United States Marshal or Court Security Officer.

2. Court security personnel and the United States Marshals Service are hereby ORDERED to execute this Order prohibiting Ms. Nicholson from entering this building.

3. Ms. Nicholson is further RESTRICTED to only filing documents via mail.

4. Ms. Nicholson is ADVISED that she is not permitted to represent other litigants, or file documents on their behalf.

5. Based on the volume of calls and emails to court personnel, Ms. Nicholson shall not contact the Clerk's office or the undersigned Judge's Chambers, including the Judge's Case Manager, Judicial Assistant, and Law Clerks, by any means other than written communication submitted by mail.

6. The Clerk of this Court is instructed to provide notice of this Order to Ms. Nicholson by mailing a copy to Ms. Nicholson at 12914 Dresden Ridge Lane, Houston, TX 77070 and any other addresses for Ms. Nicholson reflected in the Clerk's records.

It is so ORDERED.

__AUG 2 1 2025__
Date

_____
The Honorable Alfred H. Bennett
United States District Judge

2