United States Courts
Southern District of Texas
FILED
December 10, 2025
Nathan Ochsner, Clerk of Court

# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

December 10, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 25-20555    In re: Chanel Nicholson
                        USDC No. 4:23-CV-1025

This matter was dismissed as erroneously it was docketed.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    By: _Rebecca Andry_
                    Rebecca Andry, Deputy Clerk
                    504-310-7638

Ms. Chanel E.M. Nicholson
Mr. Nathan Ochsner