United States District Court
Southern District of Texas

**ENTERED**

March 10, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LIOSHA WILLIAMS, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:23-CV-01025 |
| | § | |
| AHD HOUSTON INC, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER RESTRICTING CHANEL NICHOLSON'S FILINGS AND COURTHOUSE ACCESS

The Court finds that Chanel Nicholson has engaged in a pattern of disruptive and harassing conduct. By way of background, Ms. Nicholson was initially required to be escorted by Court Security Officers due to her unpredictable behavior. She was later barred from the 5th floor for harassing staff in the Clerk's Office. On June 17, 2025, after being denied access to the 5th floor, Ms. Nicholson refused to follow lawful orders to leave the premises. As a result, Ms. Nicholson was arrested by the Deputy U.S. Marshals and transferred to the Federal Protective Service, which ticketed and released her. That same day, the undersigned issued an oral order banning Ms. Nicholson from the Courthouse.

Despite being a dismissed Plaintiff in two cases (4:23-cv-1025 and 4:21-cv-2624), Ms. Nicholson continues to file countless frivolous filings. Further, Ms. Nicholson has impersonated other litigants and engaged in telephone harassment of courthouse staff, which resulted in a report being filed with the Houston Police Department. The Court previously entered orders restricting Ms. Nicholson's access to the Courthouse and limiting her filings due to her disruptive conduct and abuse of the judicial process. *See* Doc. #166; Doc. #178. This Order clarifies and consolidates

those directives to ensure their consistent enforcement. For purposes of enforcement, this Order may be relied upon by the Court Security Officers, the United States Marshals Services, and the Clerk's Office as the operative directive regarding Ms. Nicholson's access to the Courthouse and filing restrictions.

Accordingly, the Court ORDERS the following:

1. Ms. Nicholson is PROHIBITED from entering the United States Courthouse at 515 Rusk St., Houston, Texas 77002, unless she first presents to the United States Marshals Service documentation showing that she has obtained written permission to enter the building signed by a United States District Judge in connection with a pending federal case.

2. If such permission is granted, Ms. Nicholson may conduct only the approved business and must remain escorted at all times by a Deputy United States Marshal or Court Security Officer while inside the building.

3. Court Security Officers and the United States Marshals Service are hereby ORDERED to execute this Order prohibiting Ms. Nicholson from entering this building.

4. Ms. Nicholson is further RESTRICTED to filing documents only by mail.

5. Ms. Nicholson is also PROHIBITED from filing any motion, letter, or other document in this case without first obtaining leave of Court.

6. To seek leave to file, Ms. Nicholson must submit a motion for leave that attaches the proposed filing and includes a statement explaining why the proposed submission is not frivolous and why it is properly before the Court. The Clerk of Court shall forward any such motion for leave to the undersigned.

7. The Clerk of Court is directed to reject any filings submitted by Ms. Nicholson in this matter that do not comply with this Order.

8. Ms. Nicholson may not attempt to circumvent this Order by directing, requesting, or permitting other persons to submit filings, deliver documents or materials, or otherwise communicate with the Court on her behalf. The Clerk of Court is directed to reject any such submissions made at Ms. Nicholson's direction or for her benefit.

9. Ms. Nicholson is further ADVISED that she is not permitted to represent other litigants or file documents on their behalf.

10. Finally, Ms. Nicholson is PROHIBITED from calling or emailing the Clerk's Office, the undersigned Judge's Chambers, Case Manager, Judicial Assistant, and Law Clerks. This prohibition is imposed because, despite this Court's prior orders, Ms. Nicholson has continued to harass and disrupt court personnel. Any communication with the Court must be submitted only by mail, and any attempt to circumvent this requirement may result in further sanctions.

11. The Clerk of this Court is instructed to provide notice of this Order to Ms. Nicholson by mailing a copy to Ms. Nicholson at 12914 Dresden Ridge Lane, Houston, TX 77070 and any other addresses for Ms. Nicholson reflected in the Clerk's records.

It is so ORDERED.

**MAR 1 0 2026**
_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge