---

**From:** Chanel Ellese <chanelellese@gmail.com>
**Sent:** Thursday, June 12, 2025 6:31 PM
**To:** Lisa Edwards <lisa_edwards@txs.uscourts.gov>; Eric Mirabel <epmira@gmail.com>
**Subject:** Hello i filed a leave of court and a unopposed motion of continuance for the liosha case as they deserve justice

Hi Ms.Lisa this is a single matter I want to let you know and Eric about I'm not sure if I'm supposed to say something to the opposing counsel but ,
I bowed out . As I'm focused on my rule 44 and real justice as the case was not aiming for a reply brief or actual justice for the women in my eyes , it was all about money to them . So I'm saying this  and I can't believe it because I want to knock the molars of of they mouths I have to much to lose and I've already lost ALOT .

Please ask the honorable judge Bennet to lift the stay for the liosha case to pursue because Eric and destiny are getting played by Casey .


I put in the document that I swear under penalty and purgery ERIC MIRABEL NEVER TOLD A "WITNESS" to disobey a subpoena.
That's my statement.

The other plaintiffs in the Williams matter can do the same , it's up to them .

But I DID ASK FOR A CONTINUATION and a leave of court , I'm not sure if I did it right or not .

Pretty much I'm saying I'm in full support of them being represented by Eric as I am out of this case because I want my rule 44 to go through .

I got a lot from this case , this is a chapter I'm closing .  Eric you can represent the liosha suit , instead of trying to tear me down , realize I made history AND YPU HAVE THE WOMEN FROM THE CHANEL NICHOLSON SUIT .
Fight for them .!!! Your WORKING FOR CASEY LOL NOT ME GET ALL THE BLACK GIRLS YOU CAN FIND !! Stop letting Casey and despaired Desty represent you , fix your image Eric , calling me and telling me I'm a stupid loser isn't going to do anything but keep you going deeper into a hole , wake UP ! Your doing  Exactly what Casey wants , because he's using you to protect his clients , he advised destiny and you that it was a good idea to ruin my case . and he isn't going to give you anything, why would he . ! And your doing it for free . When you cand round up those girls and fight . The Nicholson case was sabotaged! That case is stayed NOT LIOSHAS ! Wake up stop letting Casey and destiny dictate you to where you forgetting you have exactly what y'all asked for .
Y'all wanted me gone .
Sooooooo?! I'm gone you don't have to tell me I'm getting zero from Casey .
I got OTHER THINGS THAT ARE MORE VALUABLE than the 10k Destiny needs !

2/22/26, 10:53 PM
Re: Hello I filed a leave of court and a proposed motion os. carturdandel for the liosha case age they deserve justice
Case 4:23-cv-01025  Document 205-8  Filed 05/19/26 in TXSD  Page 2 of 4

I have to do a photoshoot tomorrow. And y'all still focused on me .

Did Casey or devaris give me money ?! NO !
Lol NOT SHIT . I was DISSMISSED. I didn't get to petition in my case Eric  I didn't get you removed, you terminated me . And I'm TIERD and pregnant:


procedurally. I lost a case , oh well . BUT IM TRYING TO PROTECT MY KIDS FUTURE I picked THEM over the Williams lawsuit.

LITIGATE!! AMENDMENT OF A COMPLAINT
SOMEETHING OTHER THAN ME . My petition was denied.
The end I went for a rule 44 and my next step is to be interviewed on fox by a dei person.
My case is concluded because you let Casey convince destiny that y'all ending yalls own case was smart .



I'm EXPECTING 🌈🦋👩🏾 AND I CANT DEAL WITH THIS STRESS and as weird as this sounds after this man called me everything in the book and called me a loser and said alot , he and destiny aren't realizing that THE OPPOSITION ARE GAS LIGHTING THEM they used destiny as a pawn for Eric to completely sabotage the Chanel case and get NOTHING , WHEN ITS A WHOLE BRAND NEW CASE WITH PLAINTIFFS THAT HAVE NOT told their story , and Casey is using that to his advantage to keep the focus off of the DAVARIS and everyone is looking at me. I KEEP TELLING HIM , ERIC DO THE RIGHT THING , he thinks the right thing is to call me AND TRLL ME HOW MUCH HE HATES ME (for getting him removed and working for Casey ) that he doesn't realize THEIR ARE LIVE PLAINTIFFS IN THE BRAND NEW SHINY ✨ LIOSHA CASE
Eric is being gas BY CASEY AGAIN .

Smh Eric you had a petitioner and you let SOMEONE TALK YOU OUT OF REPRESENTING ME .

Casey and destiny .

If destiny cares about you and wasn't desperate she would stop thinking LETS STEAL SOMETHING THAT WE CRUSHED ALREADY AND GONE because y'all worked for Casey .

When their live plaintiffs in this case .
All my stuff was stricken .
By judge Bennet but I kept writing anyway , because you did what you did before saying who I was and took that from me .
I have a title that I was never called in MY CASE .
Not to beat you Eric ITS BECAUSE I WAS SCREAMING TO THE SUPREME COURT LIKE YOU WERE SUPPOSED TO DO .
That's all I did .

SO with that being said . I'm focused on pursuing what god put me here  to do .
Try praying , it works .
I'm praying for you all.
But STOP LETTING A PLAINTIFF
RUN THE PROCEEDINGS BECAUSE THEY WANT TO BE ME .

2/22/26, 10:53 PM
Case 4:23-cv-01025   Document 205-8   Filed 05/19/26 in TXSD   Page 3 of 4
Re: Hello I filed a leave of court and a unopposed motion to continuance for the shosha case they deserve justice

I'm one of a kind .
Now BE A BOMB ASS LAWYER AND STOP WORKING FOR CASEY.
Beat him with merit Eric .
I believe in you!
They're still a GOOD LAWYER IN YOU SOMEWHERE !

Large piece of advice, Casey found your weakness and destiny's and used it against
Y'all , don't take advice from a person who is beating you .

Fight for those GIRLS AFTER YOU READ MY STIPULATIONS of what I need to not put things in the evidence
pile ,  and ASK FOR A HEARING TO SHOW ANDYS DEPOSITION.

 Outlook

---

## ********confedential******** case manager only or judicial law clerk ****** URGENT

---

**From** Chanel Ellese <chanelellese@gmail.com>

**Date** Mon 3/23/2026 9:24 PM

**To** Lisa Edwards <lisa_edwards@txs.uscourts.gov>

**Cc** CA5 Pro Se <pro_se@ca5.uscourts.gov>; Chanel Nicholson <chanelnicholson44@gmail.com>; TXSDdb_Houston_Operation <houston_operation@txs.uscourts.gov>; Casey Wallace <cwallace@wallaceallen.com>; Eric Mirabel <epmira@gmail.com>; Mirabel <emirabel@comcast.net>; ca05db_CM-ECF <ca05_cmecf@ca5.uscourts.gov>

📎 17 attachments (16 MB)

text.txt; Certificate_of_Service_and_Certified_Receipts.pdf; IMG_1959.png; IMG_1996.png; IMG_1999.png; IMG_1998.png; IMG_1995.png; IMG_1959.png; IMG_1960.png; IMG_1995.png; IMG_1965.png; IMG_1963.png; PHOTO-2025-08-21-18-18-32 8.jpg; PHOTO-2025-08-21-18-18-32 11.jpg; PHOTO-2025-08-21-18-18-32 13.jpg; PHOTO-2025-08-21-18-18-32 3.jpg; PHOTO-2025-08-21-18-18-32 4.jpg;

Ms. Lisa Edwards,

I am writing to provide clarification and context regarding recent filings, communications, and the status of the pro se plaintiff in Nicholson v. AHD.

There is now a clear inconsistency, as Mr. Mirabel is presently acting as though he had no involvement in the preparation or authorization of the document, despite his direct participation. Supporting communications are included as exhibits.

For the record, the undersigned provides the following sworn clarification:

**I, Chanel Nicholson, also known as Chanel CHARVIS , state under penalty of perjury that I have never been instructed by Eric Mirabel to disobey a subpoena as a witness in any matter. I am not aware of Mr. Mirabel instructing any witness to disobey a subpoena, and I have not been informed of any such conduct.**

**NO FURTHER CONVERSATIONS SHOULD BE HAD REGARDING THIS SITUATION BY CHANEL NICHOLSON OR MENTIONED TO CHANEL NICHOLSON AS SHE IS ASSERTING HER VERY LARGE RIGHTS TO NOT HAVE ANY CONNECTION TO ANY DRAMA AT ALL . She only seeks FEDERAL RECOGNITION AS A PREVAILED PETITIONER WHO DESERVES HER RECOGNITION FOR HER HEALTH AND SAFETY . Please .**

**I. Purpose of Submission**