EXHIBIT I

no. 6 exhibit nov 22, 24 Chanel  **(PICTURE OF TAPE NAME)**

**Ex no. 6 short Nov 22, 2024 transcript**

Mirabel: Its not like that. We don't have a great relationship, but we sort of manage to work together because I'm nice.

Nicholson: You are not fucking nice. Don't do that.

Mirabel:  Because I make an effort to be nice and work together with him.

Nicholson: You're not nice. You're not nice. Stop it.

Mirabel: I'm very nice.

Nicholson: No, you're not, but you're smart. I'll give you that. You're smart, but you're not the nicest.

Mirabel:  I'm very nice.

WALLACE STARTED RECORDING HERE WHEN HE PLAYED FOR ME AT JAN. 17, 2025 HEARING

Nicholson: So what do you think, like, the case will be worth? Like, when we go to trial, do you want me to come or not?

Mirabel: Probably not. There's really nothing for you to testify about. I mean, I'm not saying absolutely not. At this point, I'm just saying, yeah, you know, like, I don't really see that it's going to be that helpful.

Nicholson: You know, like, so will I get in trouble for ignoring a subpoena? Because I was reading about it and I said I would have to pay a fine, like a $500 fine or something if I don't show up, how does that go? Are You going to pay my fine?

 Mirabel: I've never heard of anybody being fined for ignoring a subpoena to come testify.

Nicholson: Well, I googled it. It could have been wrong. I don't know.

Mirabel: Well, I mean, it's possible that he could press you and try to get some money from you. But why would he do that? If you don't show up, you don't show up.

Nicholson: Yeah.

Mirabel: Why does he want you there as his witness? I mean, that's the worrisome part

WALLACE STOPPED RECORDING HERE WHEN HE PLAYED FOR ME AT JAN. 17, 2025 HEARING

Nicholson: He doesn't want me there as his witness. He just wants to ask me a lot of questions.

Mirabel: About your conversations with him.

Nicholson: No, it's just ... Jason. Be quiet. It's just it's a lot me not being able to contact you for months. It kind of is like the feeling ...