3:24

On Sat, Aug 10, 2024 at 2:28 PM
Eric P. Mirabel
<epmira@gmail.com> wrote:

I said no such thing

don't show up in my court

On Sat, Aug 10, 2024 at 2:26 PM Chanel Ellese
<chanelellese@gmail.com> wrote:

You already made your comments , you threaten me I have no
choice but to protect my self and see it through with a promise ,
you intentionally fuck over me it won't end well

On Sat, Aug 10, 2024 at 12:54 PM Eric P. Mirabel
<epmira@gmail.com> wrote:

No comment

On Sat, Aug 10, 2024 at 12:52 PM Chanel Ellese
<chanelellese@gmail.com> wrote:

you will stab me in the back ANY TIME ! No matter how
much I show my loyalty to you. So you said to ignore my
subpoena? Did you talk to Iiosha about uncomfortable she
was after you touched on her , it made her run away from
you , to the other side , you have your head so far up your
ass that you don't even pay attention to the important
details of what Casey asked me . You still don't know . I'm
not an Uber driver I was offering my help so I can tell what
happened TO ME ! Let Casey question me subpoena me so
you can rebuttal. I didn't give him ANYTHING OF
IMPORTANCE AND I DIDNT EVER SAY I WILL SELL MY
TESTIMONY , I was very careful with my words what I said
was , I'm will NOT COOPERATE UNLESS WE COME TO AN
AGREEMENT. COOPERATE MEANS to ME that -

to associate with another or others for mutual benefit.