EXHIBIT U

