IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LIOSHA WILLIAMS, DESTINY ILORI, JALAYCIA DECLOUET | § § § | |
| *Plaintiff,* | § § § | |
| v. | § § | |
| A.H.D. HOUSTON, INC. d/b/a CENTERFOLDS; *et al*, | § § § | CIVIL ACTION NO. 4:23-cv-01025 JURY TRIAL DEMANDED |
| *Defendants.* | § § | |

**DEFENDANTS' RESPONSE TO MOVANT ERIC P. MIRABEL'S MOTION TO INTERVENE (DOC. NO. 204), MOTION FOR SANCTIONS (DOC. NO. 205), AND MOTION FOR ORAL HEARING (DOC. NO. 206)**

Defendants A.H.D. Houston, Inc. and D WG FM, Inc., (collectively "Defendants") file this response to Movant Eric P. Mirabel's Motion to Intervene of Right for Litigation Costs, and for Consideration of his Motion for Sanctions against Opposing Counsel (Doc. No. 204), Motion for Sanctions Against Wallace & Allen (Doc. No. 205), and Motion for Oral Hearing; Request for Discovery Order (Doc. No. 206), (collectively the "Motions").

**RESPONSE**

As this Court may recall, this issue was previously briefed by defendant relating to attorney Eric Mirabel's misconduct which resulted in his voluntary withdrawal from the case to avoid a bar complaint. Pursuant to Rule 8 of the Federal Rules of Civil procedure, Defendants incorporate the briefing from Docket Numbers 68 through 70 in lieu of repeating the arguments previously presented to the court.

**CONCLUSION**

For the reasons incorporated herein, Defendants A.H.D. Houston, Inc. and D WG FM, Inc., pray that the Court deny Movant Eric P. Mirabel's Motion to Intervene of Right for Litigation

Costs, and for Consideration of his Motion for Sanctions against Opposing Counsel (Doc. No. 204), Motion for Sanctions Against Wallace & Allen (Doc. No. 205), and Motion for Oral Hearing; Request for Discovery Order (Doc. No. 206) and be granted all relief, at law and in equity, to which they are entitled.

Respectfully submitted,

**WALLACE & ALLEN, LLP**

*/s/ Casey T. Wallace*
Casey T. Wallace
State Bar No. 00795827
SDTX Bar. No. 20117
440 Louisiana, Ste. 590
Houston, Texas 77002
Telephone: (713) 227-1744
Facsimile: (713) 600-0034
cwallace@wallaceallen.com
**ATTORNEY IN CHARGE FOR DEFENDANTS**

**OF COUNSEL FOR DEFENDANTS:**
Benjamin W. Allen
State Bar No. 24069288
SDTX Bar No. 1058996
440 Louisiana, Ste. 590
Houston, Texas 77002
Telephone: (713) 227-1744
Facsimile: (713) 600-0034
ballen@wallaceallen.com

-3-

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this pleading has been served on the following attorneys of record in accordance with the Federal Rules of Civil Procedure on June 9, 2026.

Eric P. Mirabel
3783 Darcus St.
Houston, Texas 77005
(281) 772-3794
eric@emirabel.com
**MOVANT**

Kenneth R. Barrett
3740 Greenbriar #541873
Houston, Texas 77254
Phone: 832 454-3106
Fax: 346 980-4615
KennethRoyceBarrettLaw@yahoo.com

**ATTORNEY FOR PLAINTIFFS**

*/s/ Casey T. Wallace*
Casey T. Wallace